1  OFFICE OF ROBERT SAINBURG, Attorneys
   Robert Sainburg [State Bar Number 157707]
2  620 North Brand Boulevard, Suite 405
   Glendale, California 91203-1266
3  Telephone: (818) 550-5001
   Facsimile: (818) 550-5008
4  Firm e-mail: sainburglaw@sbcglobal.net

5  Attorneys for: Defendant ROBERT J. FISCHER

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 FRANK L. RUDY, as an individual,        ) Case No. 2:10-cv04655JHN-PJWx
   and in his individual capacity as a     ) c/w 2:11-cv-07220-JHN-PJWx
11 shareholder of Western Mixers, Inc.,    )
                                           ) DEFENDANT ROBERT J. FISHER'S
12              Plaintiff,                 ) TABLE OF EXHIBITS IN SUPPORT
                                           ) OF MOTION TO SET ASIDE
13       vs.                               ) CONSENT JUDGMENT
                                           ) PURSUANT TO FEDERAL RULES
14 DAVID BOLSTAD, an individual;           ) OF CIVIL PROCEDURE RULE
   ROBERT FISCHER, an individual,          ) 60(B)(6)
15                                         )
                Defendants.                ) Action filed:    June 23, 2010
16                                         ) Trial date:      Post-Judgment
   _____     )
17 HILDA L. SOLIS, Secretary of Labor,     ) Judge: Hon. Jacqueline H. Nguyen
   United States Department of Labor,      ) Ctrm: 790
18                                         )
                Plaintiff,                 ) DATE:   December 10, 2012
19                                         ) TIME:   10:00 a.m.
         vs.                               ) PLACE:  Courtroom 790
20                                         )
   FRANK L. RUDY, DAVID H.                 )
21 BOLSTAD, ROBERT J. FISCHER,             )
   WESTERN MIXERS, INC.,                   )
22 WESTERN MIXERS INC. MONEY               )
   PURCHASE PENSION PLAN,                  )
23                                         )
                Defendants.                )
24 _____     )

25       Defendant and Moving Party ROBERT J. FISCHER hereby submits the

26 Table of Exhibits in Support of Motion to Set Aside Consent Judgment Pursuant

27                                        1
   _____
           Defendant Robert J. Fisher's Table of Exhibits in Support of
28 Motion to Set Aside Consent Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6)

to *Federal Rules of Civil Procedure* Rule 60(b)(6):

| Exhibit | Date    | Description                                              |
|---------|---------|----------------------------------------------------------|
| 1       | 7/2/12  | Letter from Sainburg to Lee (3 pps.)                     |
| 2       | 7/3/12  | Email from Lee to Sainburg (2 pps.)                      |
| 3       | 7/5/12  | Letter from Sainburg to Lee (4 pps.)                     |
| 4       | 7/5/12  | Letter from Sainburg to Lee (3 pps.)                     |
| 5       | 7/5/12  | Letter from Sainburg to Waddles (3 pps.)                 |
| 6       | 7/6/12  | Letter from Sainburg to Lee (4 pps.)                     |
| 7       | 7/6/12  | Letter from Sainburg to Waddles (3 pps.)                 |
| 8       | 7/6/12  | Letter from Waddles to Sainburg (2 pps.)                 |
| 9       | 7/9/12  | Letter from Freedman/Schrieffer to Sainburg (3 pps.)     |
| 10      | 7/9/12  | Letter from Waddles to Sainburg (1 pg.)                  |
| 11      | 7/9/12  | Letter from Sainburg to Waddles (2 pps.)                 |
| 12      | 7/10/12 | Letter from Sainburg to Freedman/Schrieffer (5 pps.)     |
| 13      | 7/12/12 | Letter from Sainburg to Freedman/Schrieffer (2 pps.)     |
| 14      | 7/16/12 | Letter from Sainburg to Schultz (9 pps.)                 |
| 15      | 7/17/12 | Email from Schultz to Sainburg (1 pg.)                   |
| 16      | 7/18/12 | Letter from Sainburg to Waddles (3 pps.)                 |
| 17      | 7/19/12 | Letter from Waddles to Sainburg (1 pg.)                  |
| 18      | 7/19/12 | Letter from Waddles to Sainburg (1 pg.)                  |
| 19      | 7/19/12 | Email from Mocciaro to Sainburg (1 pg.)                  |
| 20      | 7/25/12 | Letter from Sainburg to Waddles (3 pg.)                  |
| 21      | 7/26/12 | Email from Schultz to Sainburg (1 pg.)                   |
| 22      | 7/26/12 | Letter from Sainburg to Schultz (4 pps.)                 |
| 23      | 7/30/12 | Letter from Sainburg to Waddles (6 pps.)                 |
| 24      | 7/31/12 | Letter from Sainburg to Freedman/Scheiffer (3 pps.)      |
| 25      | 7/31/12 | Letter from Sainburg to Schultz (3 pps.)                 |
| 26      | 7/31/12 | Letter from Sainburg to Waddles (3 pps.)                 |

Defendant Robert J. Fisher's Table of Exhibits in Support of
Motion to Set Aside Consent Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6)

| | | |
|---|---|---|
| 27 | 8/2/12 | Letter from Waddles to Sainburg (1 pg.) |
| 28 | 8/2/12 | Letter from Sainburg to Waddles (3 pps.) |
| 29 | 8/2/12 | Letter from Freedman/Schrieffer to Sainburg (2 pps.) |
| 30 | 8/3/12 | Email from Schultz to Sainburg (1 pg.) |
| 31 | 8/9/12 | Letter from Waddles to Sainburg (1 pg.) |
| 32 | 8/14/12 | Letter from Sainburg to Waddles (4 pps.) |
| 33 | 8/16/12 | Letter from Waddles to Sainburg (2 pps.) |
| 34 | 9/6/12 | Letter from Sainburg to all counsel (3 pps) |
| 35 | 9/17/12 | Letter from Sainburg to Waddles (2 pps.) |
| 36 | 9/17/12 | Letter from Waddles to Sainburg (1 pg.) |
| 37 | 6/20/12 | Telephone Memorandum dated June 20, 2012 (1 pg.) |
| 38 | 9/23/12 | Kaiser Permanente - Health Conditions/Medications (6 pps.) |
| 39 | 11/18/10 | Waiver of Conflicts - P.K. Schrieffer LLP (4 pps.) |
| 40 | 12/7/11 | Retention Agreement - P.K. Schrieffer LLP (8 pps.) |
| 41 | 12/7/11 | Consent and Acknowledgement - Conflicts Waiver - P.K. Schrieffer LLP (4 pps.) |
| 42 | 2/22/12 | Telephone Memorandum - Schrieffer Firm - (1 pg.) |
| 43 | 3/23/12 | Email from Lee to Fischer (11 pps.) |
| 44 | 3/23/12 | Email from Waddles to Fischer (1 pg.) |
| 45 | 3/23/12-3/26/12 | P.K. Schrieffers Itemized redacted billings (2 pps) |
| 46 | 2/29/12 | Western Mixers Working Trial Balance (2 pps.) |
| 47 | 2/9/12 | Email from Waddles to Schultz and attachments (4 pps.) |
| 48 | 7/5/12 | Letter from Nicholas L. Saakitne to Fischer (1 pg.) |
| 49 | 2/3/12 | Email trail (2 pps) |
| 50 | 3/26/12 | Email trail (1 pg) |

3

Defendant Robert J. Fisher's Table of Exhibits in Support of
Motion to Set Aside Consent Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6)

| | | |
|---|---|---|
| 51 | 7/3/12 | Email from Lee to Fischer (1 pg.) |
| 52 | 7/9/12 | Email from Bolstad to Fischer (1 pg.) |
| 53 | 10/11/12 - 10/30/12 | Civil Case History Los Angeles Superior Court Case Number BC493701 filed on October 11, 2012, and Letter dated October 30, 2012 (3 pps.) |
| 54 | 10/15/12 | Letter dated October 15, 2012 from Wilber to Fischer (1 pg.) |

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

Dated:     11/6/12

by:     /s/
Robert Sainburg, Attorneys for Defendant
ROBERT J. FISCHER