1  OFFICE OF ROBERT SAINBURG, Attorneys
   Robert Sainburg [State Bar Number 157707]
2  620 North Brand Boulevard, Suite 405
   Glendale, California 91203-1266
3  Telephone: (818) 550-5001
   Facsimile: (818) 550-5008
4  Firm e-mail: sainburglaw@sbcglobal.net

5  Attorneys for: Defendant ROBERT J. FISCHER

6

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  FRANK L. RUDY, as an individual, and in his individual capacity as a shareholder of Western Mixers, Inc., | ) Case No. 2:10-cv04655JHN-PJWx ) c/w 2:11-cv-07220-JHN-PJWx ) |
| 12        Plaintiff, | ) DEFENDANT ROBERT J. FISHER'S ) EXHIBITS 19 THROUGH 36 IN ) SUPPORT OF MOTION TO SET |
| 13  vs. | ) ASIDE CONSENT JUDGMENT ) PURSUANT TO FEDERAL RULES ) OF CIVIL PROCEDURE RULE |
| 14  DAVID BOLSTAD, an individual; ROBERT FISCHER, an individual, | ) 60(B)(6) ) |
| 15        Defendants. | ) Action filed:    June 23, 2010 ) Trial date:      Post-Judgment |
| 17  HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) Judge: Hon. Jacqueline H. Nguyen ) Ctrm: 790 |
| 18        Plaintiff, | ) ) DATE:       December 10, 2012 |
| 19  vs. | ) TIME:       10:00 a.m. ) PLACE:     Courtroom 790 |
| 20  FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC., WESTERN MIXERS INC. MONEY PURCHASE PENSION PLAN, | ) ) ) ) ) |
| 23        Defendants. | ) ) |

25

26

27                                    1

28

**19**

**Robert Sainburg**

| | |
|---|---|
| **From:** | Rebecca Mocciaro <rmocciaro@f-rlaw.com> |
| **Sent:** | Thursday, July 19, 2012 9:14 AM |
| **To:** | sainburglaw@sbcglobal.net |
| **Subject:** | Re: Mr./Mrs. Robert J. Fischer/DOL/Consent Judgment/Rudy/Bolstad/WM |

Mr. Sainburg:

Frank Rudy will oppose any effort to set aside the settlement.

Please let me know how you intend to proceed once you've seen the underlying files.

Becky Mocciaro  (also, please note our new address below).


Rebecca Mocciaro
Farmer & Ridley LLP
2 California Plaza
350 S. Grand Avenue
Suite 3150
Los Angeles, CA   90071
rmocciaro@f-rlaw.com
www.f-rlaw.com


(213) 626-0291
(213) 833-7812***Fax

THE INFORMATION CONTAINED IN THIS EMAIL IS CONFIDENTIAL AND SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE CALIFORNIA AND FEDERAL CODES. THIS EMAIL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED, AND MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE AGENT OR EMPLOYEE RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS EMAIL IN ERROR AND THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL, AND DELETE SAME FROM YOUR COMPUTER.   THANK YOU.

**From:** Robert Sainburg <sainburglaw@sbcglobal.net>
**To:** 'Rebecca Mocciaro' <rmocciaro@f-rlaw.com>
**Sent:** Wednesday, July 18, 2012 5:25 PM
**Subject:** RE: Mr./Mrs. Robert J. Fischer/DOL/Consent Judgment/Rudy/Bolstad/WM

> Ms. Mocciaro,  To be clear, in response to your e-mail, we are evaluating the filing of a motion to have the consent decree set aside, at least as to Mr. Fischer.  We provided you with a copy of our letter to Mr. Schultz because we believe that you represent Mr. Rudy and our steps may effect Mr. Rudy's interests (...and may not).   We would like to have your stipulation to have the consent decree set aside but absent your stipulation, we would like to know whether there will be opposition and what the nature of the opposition will be.  Thank you.   Sincerely,  Robert Sainburg

20

P. 75

# OFFICE OF ROBERT SAINBURG, ATTORNEYS
620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 25, 2012

*Please reference file number
when responding:* 598100

*via facsimile  310.282.6948 and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, Calfornia 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
        and related consolidated actions)*
        United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am informed by Mr. Fischer that at a certain point in time you may have
represented Mr. Fischer jointly with Western Mixers, David Bolstad and Frank Rudy, at
least, before any of this litigation began.   I am further informed that there may have been
engagement documents signed by Mr. Fischer in this regard.   Finally, I am informed that
you may have continued to represent and advise Mr. Fischer, jointly with Western Mixers
and David Bolstad, after the Rudy lawsuit was commenced, including after the DOL
lawsuit was commenced.

Hence, again, and more specifically, request is further made, and more specifically,
as follows:

1.   All communications from Mr. Fischer's client file since the commencement
      of DOL litigation, which would include all communications concerning the
      subject matter of the litigation, the pension plan, and/or settlement,
      regardless of whether Mr. Fischer is a party to the communication, or not,
      and all electronic communications, faxes, letters, and telephone records.

Robert J. Fischer
July 25, 2012
Page 2 of 2

---

2.      All engagement and client billing documents, including, without limitation,
        engagement agreements, conflict of waiver forms, payment by third party
        forms, and monthly statements to clients, regardless of when dated,
        concerning your or your firm's representation or counsel provided to Mr.
        Fischer.

        As this request has been made on several occasions over the past three (3) weeks,
request is respectfully made for compliance by 5 p.m., Friday, July 27, 2012.   If you do
not wish to have the above-referenced portion of the client file delivered to my offices,
we can send a messenger within a provided two hour window.

        Thank you.

                                Respectfully,

                                OFFICE OF ROBERT SAINBURG,
                                Attorneys

                        by:     Robert Sainburg, Attorneys for ROBERT
                                J. FISCHER

P. 1

```
*  *  *  Communication Result Report ( Jul. 25. 2012  2:50PM )  *  *  *
                                                                    1)
                                                                    2)
```

Date/Time: Jul. 25. 2012  2:49PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 4624 598100 | Memory TX | Nicholas Waddles | P.  2 | OK | |

```
Reason for error
   E. 1) Hang up or line fail            E. 2) Busy
   E. 3) No answer                       E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size
```

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California 81203-1266
(818) 550-5001
Fax: (818) 550-5008

July 25, 2012

*Please reference file number
when responding:* 598100

*via facsimile 310.282.6948 and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
and related consolidated actions)*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am informed by Mr. Fischer that at a certain point in time you may have
represented Mr. Fischer jointly with Western Mixers, David Bolstad and Frank Rudy, at
least, before any of this litigation began.  I am further informed that there may have been
engagement documents signed by Mr. Fischer in this regard.  Finally, I am informed that
you may have continued to represent and advise Mr. Fischer, jointly with Western Mixers
and David Bolstad, after the Rudy lawsuit was commenced, including after the DOL
lawsuit was commenced.

Hence, again, and more specifically, request is further made, and more specifically,
as follows:

1.   All communications from Mr. Fischer's client file since the commencement
of DOL litigation, which would include all communications concerning the
subject matter of the litigation, the pension plan, and/or settlement,
regardless of whether Mr. Fischer is a party to the communication, or not,
and all electronic communications, faxes, letters, and telephone records.

**21**

**Robert Sainburg**

| | |
|---|---|
| **From:** | Schultz, Andrew - SOL <Schultz.Andrew@dol.gov> |
| **Sent:** | Thursday, July 26, 2012 4:33 PM |
| **To:** | sainburglaw@sbcglobal.net |
| **Subject:** | RE: DOL/Fischer (int: 598100) |

Mr. Sainburg,

I will review this correspondence as part of our response to you. I intend to get you a response next week.

```
Andrew J. Schultz
Trial Attorney
Office of the Solicitor
United States Department of Labor
90 7th St., Suite 3-700
San Francisco, CA 94103
Phone: 415-625-7745
Fax:  415-625-7772

This message may contain information that is privileged or otherwise exempt from
disclosure under applicable law.  Do not disclose without consulting the Office of the
Solicitor.  If you think you received this e-mail in error, please notify the sender
immediately.
```

**From:** Robert Sainburg [mailto:sainburglaw@sbcglobal.net]
**Sent:** Thursday, July 26, 2012 4:12 PM
**To:** Schultz, Andrew - SOL
**Subject:** DOL/Fischer (int: 598100)

Mr. Schultz,

Please find attached communication.

Thank you.

ETHICAL, EXPERIENCED, EFFECTIVE ADVOCACY

## *CHARACTER COUNTS!!!*

[PLEASE NOTE: ELECTRONIC MAIL IS PERIODICALLY REVIEWED DURING NORMAL BUSINESS HOURS ONLY.   ELECTRONIC MAIL IS NOT NECESSARILY REVIEWED AT ANY CERTAIN FREQUENCY AND SOMETIMES IS NOT READ AT ALL. IF ANY INFORMATION CONVEYED BY ELECTRONIC MAIL IS VERY IMPORTANT, AND YOU ARE NOT ADEQUATELY ASSURED OF THE INFORMATION CONTAINED IN YOUR ELECTRONIC MAIL HAVING BEEN READ, YOU SHOULD TELEPHONE US.]

## Respectfully,

*Robert Sainburg*
**Office of Robert Sainburg, Attorneys**
**620 North Brand Boulevard, Suite 405**
**Glendale, California  91203-1266**
**(818) 550-5001**

P. 80

22

P. 81

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 26, 2012

*Please reference file number
when responding:* 598100

*via facsimile  415.625.7772, electronic mail schultz.andrew@dol.gov and First Class
U.S. Mail*

Andrew J. Schultz
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
and related consolidated actions)*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Schultz:

Thank you for your continuing review of our request to you pertaining to the
Consent Judgment (filed on May 1, 2012 in the above-referenced matter).

We have continued to review this matter.   We have learned, or expanded upon, the
following additional points since our last communication:

1.   Mr. Fischer was told by his attorney that unless he sign the Consent
     Judgment, his employer (Western Mixers) would no longer pay for his legal
     expenses and he would have to provide for his own defense.

2.   At no time prior to March 2012 was Mr. Fischer notified that there was any
     consideration to having Mr. Fischer give up his rights (and his wife's
     community rights) in his earned, and underfunded, defined contribution
     plan as part of the company's desperation to settle the case with the DOL
     and to find a source to close the gap.

Andrew J. Schultz
July 26, 2012
Page 2 of 3

---

3.  When Mr. Fischer learned that his pension was being offered up, he
    contacted his attorney who told him that she would not advise him about
    this as she was only hired to do litigation for him, not to discuss settlement.
    For your information, Ms. Lee advised me of the same and tried to prove
    her lack of obligation to advise Mr. Fischer about this settlement.  Ms. Lee
    referred Mr. Fischer to Mr. Waddles for counsel on the proposed settlement.
    Notably, she did the same to me when I sought the client file.

4.  Mr. Waddles declined to advise Mr. Fischer about the proposed stating that
    he was not the attorney of record on the case.   Ironically, he also did the
    same with respect to my request for Mr. Fischer's files, stating that he did
    not ever represent Mr. Fischer.

5.  As the days were reducing to hours for signature on this document, and Mr.
    Fischer had nowhere to turn, he again called Ms. Lee and essentially, in his
    soft spoken way of a man who was almost literally on his death bed,
    demanded to know why he, and his wife, had to give up their pension plan
    to fund Western Mixers.  Ms. Lee shouted him down in a ten minute
    conversation, threatened to have his defense severed, asked him whether he
    wished to be fired, and told him that if he did not sign it, he was going to
    lose everything he owned.   Needless to say, Mr. Fischer signed it.

6.  Although Mr. Fischer was on disability, Mr. Bolstad continued to
    extensively require Mr. Fisher's services, even following entry into the
    settlement in March 2012.  However, following the entry of the Consent
    Judgment in May 2012, and after the ink on the Consent Judgment was dry,
    Mr. Bolstad suddenly shut Mr. Fischer out of the computer system and
    access to company records, cancelled Mr. and Mrs. Fischer's health
    insurance, terminated Mr. Fischer's almost three decade employment, and
    started making and promulgating allegations that Mr. Fischer *owes* a
    substantial amount of money *to the company* and has threatened Mr. Fischer
    with referral to "the proper authorities" (in writing).

Andrew J. Schultz
July 26, 2012
Page 3 of 3

7.   Mr. Fischer is absolutely one of the people that your lawsuit was intended protect, was only a CFO in name only and was truly a comptroller, and never could make any fiduciary decision at all, always being a pawn and pushover for David Bolstad, Western Mixers, and Frank Rudy.   Mr. Fischer was made the sacrificial lamb by the co-defendants and their attorneys.

It is within this environment that I seek you to review our request.   However, because time is of the essence to prepare a motion, which itself will take two weeks, we are concerned that we have this review done promptly and respectfully request its prompt completion.   If there is anything else that you need answered, or, any further discussions that you wish to have, whether face to face, by Skype, or, by telephone, and whether or not you wish to include my client and/or his wife, we are an open book.

Thank you.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT J. FISCHER

P. 84

✱ ✱ ✱ Communication Result Report ( Jul. 26. 2012  4:03PM ) ✱ ✱ ✱

23

Date/Time: Jul. 26. 2012  4:02PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 4625 598100 | Memory TX | Andrew Schultz | P.  3 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

---

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 26, 2012

*Please reference file number*
*when responding: 598100*

*via facsimile: 415.625.7772, electronic mail schultz.andrew@dol.gov and First Class*
*U.S. Mail*

Andrew J. Schultz
United States Department of Labor
Office of the Solicitor
90 7ᵗʰ Street, Suite 3-700
San Francisco, California 94103

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
*and related consolidated actions)*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Schultz:

Thank you for your continuing review of our request to you pertaining to the
Consent Judgment (filed on May 1, 2012 in the above-referenced matter).

We have continued to review this matter.  We have learned, or expanded upon, the
following additional points since our last communication:

1.   Mr. Fischer was told by his attorney that unless he sign the Consent
Judgment, his employer (Western Mixers) would no longer pay for his legal
expenses and he would have to provide for his own defense.

2.   At no time prior to March 2012 was Mr. Fischer notified that there was any
consideration to having Mr. Fischer give up his rights (and his wife's
community rights) in his earned, and underfunded, defined contribution
plan as part of the company's desperation to settle the case with the DOL
and to find a source to close the gap.

23

P. 86

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 30, 2012

*Please reference file number
when responding*: 598100

*via facsimile  310.282.6948, electronic mail, saaklaw@aol.com and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

      Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
          and related consolidated actions))*
          United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

      This letter is written in response to your denial of your possession of any and all
communications constituting a "client file" regarding the above referenced matter.

      In your letter dated July 9, 2012, you stated the following:

      "...we are not counsel to Mr. Fischer and did not represent him in these matters
(other than for the brief and limited purpose of filing a stipulation to extend the
time to respond to the complaint filed in the Rudy matter). Accordingly we are not
in possession of any client files for Mr. Fischer."

      Unless I am mistaken, your statement thereby acknowledges that you were Mr.
Fischer's counsel and represented him as such "for the brief and limited purpose of filing
a stipulation to extend the time to respond to the complaint filed in the Rudy matter."

P. 87

Nicholas J. Waddles
July 30, 2012
Page 2 of 5

As such, Mr. Waddles, we ask that you send us any and all communications and all
other document, statements, billings, payment history, pleadings, notes, work product,
emails constituting Mr. Fischer's "client file" even if it is, as you have deemed it, in
regards to your "limited representation."

Per *California Rules of Professional Conduct Rule* 3-700 this would include,
among other communications constituting papers and property, computer/electronic files
which we are informed that you do in fact possess dated up to, during, and thereafter circa
November 2011.

*California Rules of Professional Conduct* Rule 3-700 requires release to the client
of "correspondence, pleadings, deposition transcripts, exhibits, physical evidence, expert's
reports, and other items reasonably necessary to the client's representation.."

Further, this includes computer files:

"On the client's request....[a] lawyer must promptly release to the client electronic
versions of e-mail correspondence, pleadings, discovery requests and responses,
deposition and exhibit databases, and transactional documents. [Cal. State Bar
Form.Opn. 2007–174; see also Orange County Bar Ass'n Form.Opn. 2005–01;
New Hampshire Bar Ass'n Ethics Opn. 2005–06/3; Ill. State Bar Ass'n Ethics Opn.
01–01, 7/01; New York City Bar Ass'n Comm. on Prof. & Judicial Ethics,
Form.Opn. 2008–1, 7/08—client has presumptive right of full access to e-mails
and other electronic documents."

You have repeatedly denied any possession of papers, property or other forms of
communications constituting part of Mr. Fischer's client file, including communications
to David Bolstad, Western Mixers, Robert J. Fischer, Frank Rudy, etc, yet you admit you
were his counsel and represented him, albeit for a brief period of time and for a limited
purpose.

Nicholas J. Waddles
July 30, 2012
Page 3 of 5

---

Mr. Waddles, I trust that you are well aware of the repercussions of creating unreasonable delay in releasing or refusing to turn over a client's file, and the civil liability you may be faced with if your failure to return a client's file results in damages to that client.

Please advise if I have misunderstood the implications of your statement.

In your letter dated July 6, 2012, you stated "…my firm does not currently represent Mr. Fischer and never has in connection with the DOL lawsuit…" Also therein, you unequivocally acknowledge that "the DOL lawsuit…was later consolidated with the Rudy lawsuit."

The Rudy lawsuit would purportedly adjudicate the rights and obligations of Mr. Bolstad, Mr. Fischer, and Western Mixers Inc. If the DOL lawsuit was, as you acknowledged, consolidated with the Rudy lawsuit, then how is it possible for you to solely represent Western Mixers, Inc. and Mr. Bolstad without also representing Mr. Fischer when all actions taken on behalf of Western Mixers, Inc. and Mr. Bolstad, would greatly impact Mr. Fischer?  Absent your return of the client file, I have not seen any communication from you to Mr. Fischer advising him to seek independent counsel or acting as anything other than the sole advocate for his rights during that time.

Again, if I have misinterpreted or misunderstood the nature of your relationship to Mr. Fischer, please advise.

Moreover you stated in your letter dated July 6, 2012, "In July 2010, my firm filed a stipulation to extend the time to respond to the initial complaint that was filed in the Rudy lawsuit on behalf of Mr. Bolstad and Mr. Fischer. Ms. Lee substituted as counsel for Mr. Fischer shortly thereafter (in October 2010) and we have not provided Mr. Fischer any individual advice or counsel regarding that matter since that date."

This communication again establishes that at one point and time, you did in fact represent Mr. Bolstad and Mr. Fischer. As his attorney for that period of time, I kindly request, on behalf of my client, the return of any and all papers and property constituting his client file. Moreover since Mr. Bolstad and Mr. Fischer were "joint clients" at that time as you so acknowledged, I kindly request, any and all communications that pertain to your relationship with the aforementioned joint clients.

Nicholas J. Waddles
July 30, 2012
Page 4 of 5

---

If you assert that Mr. Bolstad and Mr. Fischer were not joint clients, I kindly ask you to forward me any communication you made to Mr. Fischer informing him that you did not represent him in any capacity at that time and advising him to seek independent counsel as the Rules of Professional Responsibility would require when an attorney-client relationship may be implied or where a client may reasonably rely on said relationship.

Moreover, we are informed by P.K. Schrieffer LLP/Tami Kay Lee that your were responsible for the settlement negotiations and that you have papers and property which constitute part of Mr. Robert Fischer's client file.

Since Mr. Robert Fischer has yet to receive any such communications we are forced to assume that you are unwavering in your position that you do not have any undisclosed documents, files, etc. that pertain to Western Mixers, Inc. (Western Mixers), Mr. Fischer, or Mr. Bolstad that may be considered part of Mr. Fischer's client file.

We further assume that you are unwavering in your position that you do not have any undisclosed emails demonstrating negotiations on behalf of Western Mixers, Inc., Mr. Bolstad, and Mr. Fischer, and Mrs. Fischer (spousal waiver of her claim on Mr. Fischer's pension). We also must assume that you do not have any emails that show clearly that Mr. Fischer was himself an active participant in those settlement negotiations between the Depart of Labor and Mr. Frank Rudy and their lawyers, etc.

It is our hope that you will send any and all statements including billing statements and payment records and transactional documents concerning all services rendered by your firm in association with the above referenced matter that may or may not include Mr. Fischer, including all conflict waiver forms, including any with Mr. Frank Rudy commencing with January 1, 2010.

As you have remained steadfast throughout, including ignoring our recent eleventh and final demand, as already stated, you left us with no choice. But we did want to continue to explain to you our position. We could not say we are pleased with your position or agree with it, but then again, perhaps you are not pleased with our position and what we must now do.

P. 90

Nicholas J. Waddles
July 30, 2012
Page 5 of 5

_____

     **Please note that we are hereby formally claiming professional negligence and/or malfeasance by you and your firm (and others in your firm that have represented Mr. Fischer).**

     Thank you for your attention.

                          Respectfully,

                          OFFICE OF ROBERT SAINBURG, Attorneys

      by:     Robert Sainburg, Attorneys for Robert J. Fischer

P. P. 91

\* \* \* Communication Result Report ( Jul. 30. 2012  6:43PM ) \* \* \*

2}

Date/Time: Jul. 30. 2012  6:33PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4631 | Memory TX 598100 | –<br>Nicholas Waddles | P.  5 | E-3)3)<br>OK | P. 1-5 |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                   E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California  91203-1286
(818) 550-5001
Fax: (818) 550-5008

July 30, 2012

*Please reference file number
when responding:* 598100

*via facsimile  310.282.6948, electronic mail, ssaklaw@aol.com and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et al. (and related cross-actions
and related consolidated actions))*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

This letter is written in response to your denial of your possession of any and all
communications constituting a "client file" regarding the above referenced matter.

In your letter dated July 9, 2012, you stated the following:

"...we are not counsel to Mr. Fischer and did not represent him in these matters
(other than for the brief and limited purpose of filing a stipulation to extend the
time to respond to the complaint filed in the Rudy matter). Accordingly we are not
in possession of any client files for Mr. Fischer."

Unless I am mistaken, your statement thereby acknowledges that you were Mr.
Fischer's counsel and represented him as such "for the brief and limited purpose of filing
a stipulation to extend the time to respond to the complaint filed in the Rudy matter."

24

P. 93

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 31, 2012

*Please reference file number
when responding:* 598100

*via facsimile  626.974.8403 and First Class U.S. Mail*
Paul K. Schrieffer
Mitchell J. Freedman
Tami Kay Lee
PK Schrieffer LLP
100 North Barranca Avenue, Suite 1100
West Covina, CA 91791

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross and
consolidated actions )*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Counsel:

We represent Robert J. Fisher.   You previously represented Robert J. Fischer until
you withdrew from representing Mr. Fischer.  You also concurrently represented Western
Mixers and David Bolstad.

We have requested, on multiple occasions, all billings, statements, evidence of
payment, disclosures for third party payment, transaction history, and an itemized
statement concerning all services rendered.   We have not received anything in response.

Final request is made for the same, including without limitation, complete and
unredacted copies of all prior statements sent concerning services rendered to any of the
jointly represented clients since January 1, 2010, all communications, including electronic
communications, facsimiles, letters, telephone notes, with any of the jointly represented.

We are in receipt of a case file box of about 3,000 unstapled uncollated pages, that
appear to be a hodge podge of electronic communications, not in any chronological order.
We respectfully also request a disk of all electronic files concerning any of the jointly
represented individuals and entities for the time period of January 1, 2010 through the
present, including all pleadings, emails, notes, discovery, communications, and word
processing and accounting files.

Paul K. Schrieffer
Mitchell J. Freedman
Tami Kay Lee
July 31, 2012
Page 2 of 2

---

Thank you.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT
J. FISCHER

P. P. 95

* * * Communication Result Report ( Jul. 31. 2012  3:28PM ) * * *
1)
2)

Date/Time: Jul. 31. 2012  3:27PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 4635 598100 | Memory TX | 16269748403 | P.  2 | OK | |

--------------------------------------------------------------------
Reason for error
    E. 1) Hang up or line fail          E. 2) Busy
    E. 3) No answer                     E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

### OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 31, 2012

*Please reference file number
when responding: 598100*

*via facsimile  626.974.8403 and First Class U.S. Mail*
Paul K. Schrieffer
Mitchell J. Freedman
Tami Kay Lee
PK Schrieffer LLP
100 North Barranca Avenue, Suite 1100
West Covina, CA 91791

Re:     *Frank L. Ruby, etc. v. David Bolstad, etc., et. al. (and related cross and
        consolidated actions )*
        United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Counsel:

    We represent Robert J. Fisher.  You previously represented Robert J. Fischer until
you withdrew from representing Mr. Fischer.  You also concurrently represented Western
Mixers and David Bolstad.

    We have requested, on multiple occasions, all billings, statements, evidence of
payment, disclosures for third party payment, transaction history, and an itemized
statement concerning all services rendered.  We have not received anything in response.

    Final request is made for the same, including without limitation, complete and
unredacted copies of all prior statements sent concerning services rendered to any of the
jointly represented clients since January 1, 2010, all communications, including electronic
communications, facsimiles, letters, telephone notes, with any of the jointly represented.

    We are in receipt of a case file box of about 3,000 unstapled uncollated pages, that
appear to be a hodge podge of electronic communications, not in any chronological order.
We respectfully also request a disk of all electronic files concerning any of the jointly
represented individuals and entities for the time period of January 1, 2010 through the
present, including all pleadings, emails, notes, discovery, communications, and word
processing and accounting files.

**25**

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 31, 2012

*Please reference file number*
*when responding:* 598100

*via facsimile  415.625.7772, electronic mail schultz.andrew@dol.gov and First Class*
*U.S. Mail*

Andrew J. Schultz
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103

Re:  *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
     *and consolidated actions)*
     United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Schultz:

Thank you for your continuing review of our request to you pertaining to the
Consent Judgment (filed on May 1, 2012).   We continue to represent Robert J. Fischer.

I am receiving portions of client files by the trickle, in disarray, uncollated,
unstapled, and not in chronological order.   I am attempting to review them as soon as I
receive them but because Mr. Fischer's former attorneys are not cooperating, this process
is not going very well.

The Court will not wait long, however, for a motion to have the consent judgment
set aside.   Please forgive my repeated communications to you.

P. 98

Andrew J. Schultz
United States Department of Labor
July 31, 2012
Page 2 of 3

---

I am enclosing two letters from Seyfarth Shaw, LLP (July 6, 2012 and July 9, 2012), one email from Syfarth Shaw, LLP (March 23, 2012) and one from P.K. Schrieffer LLP (July 17, 2012). As you can see, Mr. Fischer's report to me as to what occurred to him is corroborated by Mr. Waddles and Mr. Freedman's communications to me. In short, P.K. Schrieffer refused to counsel Mr. Fischer concerning the provision about Mr. (and Mrs.) Fisher's pension rights and penalty provision and so did Seyfarth Shaw, LLP.

On top of all of this, Mrs. Cheryl Fischer, a lovely elderly woman who may lose her husband any day right now, was asked to sign a waiver of her *one half community interest* in the pension plan. She had no lawyer. She was not offered a lawyer. She was not recommended to seek a lawyer. Her husband had no lawyer working on his, or her behalf, but rather, a very sick and frail Mr. Fischer was told in forceful terms, to get this waiver signed *or else*. Or, lose everything. Or, lose legal representation. And ultimately, or, to remain in this litigation likely for the last days of your life. God forbid, if and when Mr. Fischer dies, she would have received the entire pension plan, as underfunded as it was by the very employer who underfunded so many others.

While it is unclear to me at this moment why Mr. Fischer was even made a defendant in this case, that is an issue for trial and we can handle that respectfully. But request is made respectfully for this consent judgment to be voluntarily set aside as to Mr. Fischer and Mrs. Fischer.

We are hopeful to have a positive response from you by the end of this week. As you know, our first communication to you concerning this subject matter was two weeks ago. We must prepare and file as soon as possible at tremendous financial expense to our client if you will not agree. Please consider our request and understand that we will fully cooperate with any reasonable and sincere request for documentation and/or face to face communication, whether here or in your offices.

After all is said and done, while untying a bow ribbon is infuriating, there is a reason that we are all in this work, and it is not to trample upon one such as Robert J. Fischer. It is the Bolstads of the world who caused the DOL to strike, and Mr. Fischer is simply another victim who has been thrown under the bus by Bolstad and his former team of unethical lawyers.

P. 99

Andrew J. Schultz
United States Department of Labor
July 31, 2012
Page 3 of 3

Thank you.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT
      J. FISCHER

**26**

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 31, 2012

*Please reference file number
when responding*: 598100

*via facsimile  310.282.6948, electronic mail,* <u>saaklaw@aol.com</u> *and First Class U.S. Mail*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
        *and related consolidated actions))*
        United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am informed that you have in your possession spreadsheets, Excel sheets, and
other client generated documents, or documents provided to you in connection with the
subject matter of your representation and/or counsel of Mr. Fischer, whether provided by
a jointly represented client, Mr. Fischer and/or third persons or entities.   We do not care
about anything generated before the Rudy/DOL litigation.   We also are aware that you
have monthly statements concerning legal services provided to and/or on behalf of Mr.
Fischer and/or to his jointly represented co-defendants.   You have emails, attachments,
communications, notes, work product and many other items.   We have not received *any*
Mr. Fischer's client file in your possession.

Your apparent refusal to cooperate, or, to release, is very unacceptable to me.   I
respectfully, again, request that these items be made available during any two hour range
within business hours sometime this week.   Please advise when we may send a
messenger to pick up Mr. Fischer's entire file and all portions of Mr. Fischer's papers and
property.   Alternatively, please explain why Mr. Fischer is incorrect to believe that you
have been his attorney for several years, that you have jointly represented him with other
parties, and that you have his file.

Nicholas J. Waddles
Seyfarth Shaw LLP
July 31, 2012
Page 2 of 2

These documents are only within your possession and their absence may cause
severe monetary and emotional damage, and attorney fees and costs, to Mr. Fischer in his
protecting his, and his wife's, legal rights.

Thank you for your attention.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:    Robert Sainburg, Attorneys for ROBERT
       J. FISCHER

P.P.1103

* * * Communication Result Report ( Jul. 31. 2012  6:27PM ) * * *

2)

Date/Time: Jul. 31. 2012  6:26PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 4637 | Memory TX 598100 | Nicholas Waddles | P. 2 | OK | |

--------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California 91203-1266
(818) 550-5001
Fax: (818) 550-5008

July 31, 2012

*Please reference file number
when responding: 598100*

*via facsimile  310.282.6948, electronic mail, nwaddlesnw@aol.com and First Class U.S. Mail*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2829 Century Park East, Suite 3500
Los Angeles, California 90067

Re:      *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
         *and related consolidated actions))*
         United States District Court Case Number: 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am informed that you have in your possession spreadsheets, Excel sheets, and other client generated documents, or documents provided to you in connection with the subject matter of your representation and/or counsel of Mr. Fischer, whether provided by a jointly represented client, Mr. Fischer and/or third persons or entities.  We do not care about anything generated before the Rudy/DOL litigation.  We also are aware that you have monthly statements concerning legal services provided to and/or on behalf of Mr. Fischer and/or to his jointly represented co-defendants.  You have emails, attachments, communications, notes, work product and many other items.  We have not received any Mr. Fischer's client file in your possession.

Your apparent refusal to cooperate, or, to release, is very unacceptable to me.  I respectfully, again, request that these items be made available during any two hour range within business hours sometime this week.  Please advise when we may send a messenger to pick up Mr. Fischer's entire file and all portions of Mr. Fischer's papers and property.  Alternatively, please explain why Mr. Fischer is incorrect to believe that you have been his attorney for several years, that you have jointly represented him with other parties, and that you have his file.

P. 104

27



2029 Century Park East, Suite 3500

Los Angeles, California 90067-3021

(310) 277-7200

fax (310) 201-5219

www.seyfarth.com

Writer's direct phone

(310) 201-1525

Writer's e-mail

nwaddles@seyfarth.com

August 2, 2012

**VIA FACSIMILE (818) 550-5008 AND U.S. MAIL**

Robert Sainburg
Office of Robert Sainburg, Attorneys
620 N. Brand Blvd., Suite 405
Glendale, CA 91203-1266

    Re:    Letters regarding Robert Fischer

Dear Mr. Sainburg:

    I received your recent letters dated July 28, 2012, July 30, 2012, July 31, 2012 and today. Your July 28 letter stated that it was your "eleventh and final request" for client files, which suggests that we did not respond to your earlier correspondence. To the contrary, and despite the number of letters you have written in the past several weeks (and the multiple copies you have sent by fax, email, and regular mail), I have extended to you the courtesy of a reply to each of these communications.

    In any event, we are currently reviewing our records to determine whether we have any documents that constitute "client files" for Mr. Fischer. To the extent we find any such documents, we will provide copies to you at no expense by next Friday, August 10, 2012. We will not, however, provide any client files for any other client of the firm.

                            Sincerely,

                            SEYFARTH SHAW LLP

                            Nicholas J. Waddles

NJW

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

14722768v.1

P. 106

**28**

P. 107

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

August 2, 2012

*Please reference file number
when responding*: 598100

*via facsimile  310.282.6948, electronic mail, saaklaw@aol.com and First Class U.S. Mail*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
and related consolidated actions))*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I find it entirely unprofessional and unacceptable that for one month I have
requested my client's file from you and your firm and for one month you have (1) mostly
ignored our communications, and (2) when you provided your responses, denied ever
having represented Mr. Fischer and denied having any client file of Mr. Fischer.

Further, I also find it totally improper for you to claim that to the extent that you
can find his client file, you will construe it as not including all of his papers and records,
which must include all work done for jointly represented clients on the same subject
matter for the same cases.

And finally, I specifically asked for billing records to be provided by today and
you ignored this request.  I respectfully request the billing statements for the last two
years to be provided by fax or pdf by tomorrow.

Waiting six weeks for a client file is unacceptable.  We demand all of our client's
file and it must not exclude anything concerning the subject matter of the above-
referenced litigation generated from July 1, 2010 through the present, and must include
everything related to legal services provided thereto whether provided for Mr. Bolstad,
Western Mixers, or Robert J. Fischer as you jointly undertook representation of all three
and there is no way Mr. Fischer can protect his interests with only half of his file.

Nicholas J. Waddles
Seyfarth Shaw LLP
August 2, 2012
Page 2 of 2

Thank you.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT
      J. FISCHER

P.P.1109

x · x  x  Communication Result Report ( Aug. 2. 2012  6:44PM )  x  x  x

1}
2}

Date/Time: Aug. 2. 2012  6:43PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 4645 | Memory TX 598100 | Nicholas Waddles | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                   E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## OFFICE OF ROBERT SAINBURG, ATTORNEYS
620 North Brand Boulevard, Suite 405
Glendale, California 81203-1266
(818) 550-5001
Fax: (818) 550-5008

August 2, 2012

*Please reference file number
when responding: 598100*

*via facsimile 310.282.6948, electronic mail, nsaklaw@aol.com and First Class U.S. Mail*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

    Re:    *Frank L. Ruely, etc. v. David Bolstad, etc., et. al. (and related cross-actions
    and related consolidated actions))*
    United States District Court Case Number: 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

    I find it entirely unprofessional and unacceptable that for one month I have requested my client's file from you and your firm and for one month you have (1) mostly ignored our communications, and (2) when you provided your responses, denied ever having represented Mr. Fischer and denied having any client file of Mr. Fischer.

    Further, I also find it totally improper for you to claim that to the extent that you can find his client file, you will construe it as not including all of his papers and records, which must include all work done for jointly represented clients on the same subject matter for the same cases.

    And finally, I specifically asked for billing records to be provided by today and you ignored this request.  I respectfully request the billing statements for the last two years to be provided by fax or pdf by tomorrow.

    Waiting six weeks for a client file is unacceptable.  We demand all of our client's file and it must not exclude anything concerning the subject matter of the above-referenced litigation generated from July 1, 2010 through the present, and must include everything related to legal services provided thereto whether provided for Mr. Bolstad, Western Mixers, or Robert J. Fischer as you jointly undertook representation of all three and there is no way Mr. Fischer can protect his interests with only half of his file.

P. 110

**29**

P. 111

# P.K. SCHRIEFFER LLP
*Established in 1998*

Paul K. Schrieffer
*Founding Partner*

Mitchell J. Freedman+
*Managing Partner*

Donald S. Zalewski
*Partner*

Norma N. Schrieffer
*Administrative Director*

*Los Angeles*
100 N. Barranca Ave.
Suite 1100
West Covina, CA 91791
Phone 626.373.2444
Facsimile 626.974.8403

*San Diego*
402 W. Broadway Ave.
Suite 400
San Diego, CA 92101
Phone 619.321.6920
Facsimile 626.974.8403

*Reply To*
Los Angeles Office
pks@pksllp.com
mjf@pksllp.com

Rena M. Stone
Stanley R. Escalante *
Tami Kay Lee *
Catherine T. Thong
Kristin M. Kubec
Andy Mendoza
Lori R. Simon
Anthony Santos
James R. Carty
Ellin J. Lee
Wayne H. Hammack
Michael H. Lee

* Also admitted in NV
+ Also admitted in AZ

August 2, 2012

**VIA FEDERAL EXPRESS**
Robert Sainburg, Esq.
Office of Robert Sainburg, Attorneys
620 North Brand Boulevard, Suite 405
Glendale, CA 91203-1266

Re:   **Frank L. Rudy, et al. v. David Bolstad, et al.**
*consolidated* **w/Dept of Labor v. Bolstad/Rudy/Fischer**
Our File No.: SAF.493-A

Dear Mr. Sainburg:

In response to your latest July 31, 2012 letter:

1. Served with this letter is a copy of the invoices regarding the Rudy and Department of Labor matters. The first involvement of this firm in either case was in November 2010, not January 2010.

2. Last month, we provided you with a copy of the physical file for these matters. We recreated hard folders for correspondence, pleadings, etc. It was not a hodgepodge in any sense. We also provided you with emails that had not been placed in the physical file due to attempting to avoid excessive use of paper. As a convenience to you, we Bates Stamped those emails and endeavored to place those emails in chronological order.

Robert Sainburg, Esq.
Re: <u>Frank L. Rudy, et al. v. David Bolstad, et al.</u> (*consolidated* w/
    <u>Department of Labor v. Bolstad/Rudy/Fischer</u>)
Page 2 of 2

    3.  We have gone through the emails again and, with this letter include the attachments which were inadvertently not included with the initial emails provided.  We should note that it appears your client already has received these items, particularly the spreadsheets you request, since he was copied on the emails which attached the spreadsheets.

    4.  In preparing this response to your latest letter, we found there were some unfiled documents in our secretary's filing drawer that were not previously provided.  For your convenience, we also Bates Stamped these documents, and provide them for you and Mr. Fischer herein.

    With this letter, therefore, we provide the above mentioned documents which are Bates Stamped from WM1870 to WM2108.

    This represents the rest of the file for the above matters of the Rudy lawsuit and DOL matter.

    In closing, we again caution you, since you now fully admit you are representing Mrs. Fischer, that you are not authorized to review the file of Mr. Fischer, Mr. Bolstad and Western Mixers on behalf of Mrs. Fischer nor is Mrs. Fischer or anyone else on her behalf authorized to review the file.  Western Mixers and Mr. Bolstad have not waived the attorney-client privilege. Further, our firm has not waived the attorney work product doctrine privilege.

    If you have any further questions, please contact us.

               Sincerely,

               P.K. SCHRIEFFER LLP

               Paul K. Schrieffer
               Mitchell J. Freedman

MJF:dm
Enclosures

**30**

P. 114

## Robert Sainburg

| | |
|---|---|
| **From:** | Schultz, Andrew - SOL <Schultz.Andrew@dol.gov> |
| **Sent:** | Friday, August 03, 2012 4:07 PM |
| **To:** | sainburglaw@sbcglobal.net |
| **Subject:** | RE: Robert J. Fischer |

I am hoping to provide you a substantive response by Monday.

```
Andrew J. Schultz
Trial Attorney
Office of the Solicitor
United States Department of Labor
90 7th St., Suite 3-700
San Francisco, CA 94103
Phone: 415-625-7745
Fax:   415-625-7772
```

This message may contain information that is privileged or otherwise exempt from disclosure under applicable law.  Do not disclose without consulting the Office of the Solicitor.  If you think you received this e-mail in error, please notify the sender immediately.

**From:** Robert Sainburg [mailto:sainburglaw@sbcglobal.net]
**Sent:** Friday, August 03, 2012 2:48 PM
**To:** Schultz, Andrew - SOL
**Cc:** Gayaneh - work; Aren Manukyan (work); Bob Donnelly - work
**Subject:** RE: Robert J. Fischer

Mr. Schultz,

Thank you for your response.  You can probably imagine how frustrating this is for my client.   We have been unable to obtain the client file from Mr. Waddles since our initial inquiry on July 5, 2012, although we have now been promised it by August 10th.  As you know, we received a portion of the client's file from Ms. Lee last week, and today, after much ado, received further items of Mr. Fischer's file.  What I am trying to say to you is that I hope that you can appreciate that regardless of whether you see my client as ultimately responsible in his personal capacity or not, this judgment was not entered into freely, knowingly, and without coercion.   At no time before the prior month was there discussion of which my client, Mr. Fischer, was a participant or aware of, subjecting his personal pension plan to being used to fund Western Mixers' deficiencies.  At no time ever was Mrs. Fischer advised of her rights, nor was she ever suggested to obtain representation before signing the spousal waiver.   During the last month, Mr. Fischer was denied virtually any counsel on the consent judgment and was hostilely threatened with abandonment and total loss if he did not play ball, this latter occuring in his one and only communication about the substance, which took place in a ten minute telephone call resulting in Mr. Fischer's signature upon the decree - before everybody elses.  The point is that we cannot wait much longer but please do not simply say to file your motion as that will cost my client, who is going through so much as I believe you know, and his wife, to incur so much in attorney fees and costs and if you are inclined to voluntarily release him from the judgment, and proceed as the DOL wishes concerning trial, please advise us accordingly.  Please advise us whether you think it will be fruitful to wait one more week before filing with the Court.  Further, absent success either with you or the Court, there will most definitely be extensive litigation to follow concerning the legal malpractice of his attorneys - and this will not be the way for Mr. and Mrs. Fischer to conclude their lives here on Earth.   An ounce of prevention is worth a pound of cure.  Thank you in advance Mr. Schultz.

P. 115

**31**

# SEYFARTH
### ATTORNEYS
## SHAW LLP

2029 Century Park East, Suite 3500

Los Angeles, California  90067-3021

(310) 277-7200

fax (310) 201-5219

www.seyfarth.com

Writer's direct phone
(310) 201-1525

Writer's e-mail
nwaddles@seyfarth.com

Writer's direct fax
(310) 201-5219

August 9, 2012

**VIA FACSIMILE TO (818) 550-5008 AND U.S. MAIL**

Robert Sainburg
Office of Robert Sainburg, Attorneys
620 N. Brand Blvd., Suite 405
Glendale, CA 91203-1266

  *Re: Robert Fischer*

Dear Mr. Sainburg:

  This letter responds to the numerous letters you sent me over the course of several days and evenings at the end of last week regarding Mr. Robert Fischer.  We have reviewed our files and records and determined that we have some documents that may be responsive to your request.  Our firm policy requires that we obtain written authorization before transferring any such information to a third party, including new counsel.  Accordingly, please provide me with a written authorization from Mr. Fischer so that we may forward the requested documents to you.

  In addition, your letter of Thursday, August 2, 2012 requested "all billing statements concerning the [*Rudy Lawsuit* and the *DOL Lawsuit*] and/or Robert J. Fischer, David Bolstad and/or Western Mixers, for the period of July 1, 2010 through July 1, 2012."  Please note that Mr. Fischer was never billed for the stipulations we filed on his behalf and, accordingly, no billing statements were ever sent to him personally.  As to your request regarding billing statements for Mr. Bolstad or Western Mixers, please be advised that we will not provide you with client information of any nature (including billing statements, if any) that do not belong to your client.

  Sincerely,

  SEYFARTH SHAW LLP

  Nicholas J. Waddles

BRUSSELS

WASHINGTON, D.C.

SAN FRANCISCO

SACRAMENTO

NEW YORK

LOS ANGELES

HOUSTON

CHICAGO

BOSTON

ATLANTA

P. 117

**32**

P. 118

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California 91203-1266
(818) 550-5001
Fax: (818) 550-5008

August 14, 2012

*Please reference file number
when responding*: 598100

*via facsimile* 310.282.6948, *electronic mail,* saaklaw@aol.com *and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
and related consolidated actions))*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

Please be advised that it is now in the seventh week since you first denied having
any client by the name of Robert J. Fischer, sixth week since you first denied having any
client file for any one by the name of Robert J. Fischer, and the fifth week since you
persisted to emphatically make both of these claims and to refuse to produce the client
file.

Please be advised that we have had numerous communications over the past seven
weeks, and at no point did you raise the issue of your suspicion that I might not be Mr.
Fischer's attorney.  Please be advised that at all points, you have been clearly advised
that we are Mr. Fischer's attorney, and that we demand all of his client file and papers,
which, Mr. Waddles, includes all documents for all jointly represented clients on this
matter.

So, we will expect that you make available the case files for our client.  We have
not received a single document from you much less the case files and billings we expect,
nor the conflict waivers nor third party pay documents, or, engagement letters.  We

Nicholas J. Waddles
Seyfarth Shaw LLP
August 14, 2012
Page 2 of 2

expect them to be made available, without waiver or prejudice, by the close of business today.

As to my elderly client who is facing death, is losing his digits, has had a heart attack, and several amputations, who was thrown under the bus by you to further your paying client's objectives, and who demands his client file despite your frenzy in cleansing and blocking it, I will say this to you - I do not play - I simply do not play.

Please find enclosed a signed authorization to remove this obstacle.  It appears you have already caused an extraordinary amount of injury upon our client leading to the entry of the consent judgment, and now, by withholding documents, the inability to have it voluntarily set aside.   The delays being caused by you to filing the motion with the Court, are truly unfortunate.

I would think that your errors and omissions insurance company would provide for and/or pay for a lawyer for Mr. Fischer to go to Court to have the consent judgment set aside because if it is not set aside, it will be your insurance company that will be paying for my client's - and his wife - retirement.

I look forward to the client file - not another cute and hair splicing letter.

Thank you for your attention.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:    Robert Sainburg, Attorneys for ROBERT
       J. FISCHER

08/09/2012 17:05 FAX            SEYFARTH SHAW LLP.                    ☒0002/0002  **P. 120**



SEYFARTH
ATTORNEYS SHAW LLP

2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
(310) 277-7200
fax (310) 201-5219
www.seyfarth.com

Writer's direct phone
(310) 201-1525

Writer's e-mail
nwaddles@seyfarth.com

Writer's direct fax
(310) 201-5219

August 9, 2012

<u>VIA FACSIMILE TO (818) 550-5008 AND U.S. MAIL</u>

Robert Sainburg
Office of Robert Sainburg, Attorneys
620 N. Brand Blvd., Suite 405
Glendale, CA 91203-1266

    *Re:   Robert Fischer*

Dear Mr. Sainburg:

    This letter responds to the numerous letters you sent me over the course of several days and evenings at the end of last week regarding Mr. Robert Fischer. We have reviewed our files and records and determined that we have some documents that may be responsive to your request. Our firm policy requires that we obtain written authorization before transferring any such information to a third party, including new counsel. Accordingly, please provide me with a written authorization from Mr. Fischer so that we may forward the requested documents to you.

    In addition, your letter of Thursday, August 2, 2012 requested "all billing statements concerning the [*Rudy Lawsuit* and the *DOL Lawsuit*] and/or Robert J. Fischer, David Bolstad and/or Western Mixers, for the period of July 1, 2010 through July 1, 2012." Please note that Mr. Fischer was never billed for the stipulations we filed on his behalf and, accordingly, no billing statements were ever sent to him personally. As to your request regarding billing statements for Mr. Bolstad or Western Mixers, please be advised that we will not provide you with client information of any nature (including billing statements, if any) that do not belong to your client.

    Sincerely,

    SEYFARTH SHAW LLP

    Nicholas J. Waddles

*I do so agree to the release of all documents to Robert Sainburg. Robert J. Fischer*

14742189v.1

BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

**P. 120**

P.P.1121

\* \* \* Communication Result Report ( Aug. 14. 2012  3:04PM ) \* \* \*
1)
2)

Date/Time: Aug. 14. 2012  2:53PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 4679 | Memory TX 598100 | Nicholas Waddles | P.  3 | OK | |

--------------------------------------------------------------------

Reason for error
    E. 1) Hang up or line fail            E. 2) Busy
    E. 3) No answer                        E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

## OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

August 14, 2012

*Please reference file number*
*when responding:* 598100

*via facsimile  310.282.6948, electronic mail, zoaklaw@aol.com and First Class U.S. Mail*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

    Re:    *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
           *and related consolidated actions)*
           United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

    Please be advised that it is now in the seventh week since you first denied having any client by the name of Robert J. Fischer, sixth week since you first denied having any client file for any one by the name of Robert J. Fischer, and the fifth week since you persisted to emphatically make both of these claims and to refuse to produce the client file.

    Please be advised that we have had numerous communications over the past seven weeks, and at no point did you raise the issue of your suspicion that I might not be Mr. Fischer's attorney.  Please be advised that at all points, you have been clearly advised that we are Mr. Fischer's attorney, and that we demand all of his client file and papers, which, Mr. Waddles, includes all documents for all jointly represented clients on this matter.

    So, we will expect that you make available the case files for our client.  We have not received a single document from you much less the case files and billings we expect, nor the conflict waivers nor third party pay documents, or, engagement letters.  We

P. 122

33



SEYFARTH
ATTORNEYS   SHAW LLP

2029 Century Park East, Suite 3500

Los Angeles, California 90067-3021

(310) 277-7200

fax (310) 201-5219

www.seyfarth.com

Writer's direct phone
(310) 201-1525

Writer's e-mail
nwaddles@seyfarth.com

Writer's direct fax
(310) 201-5219

August 16, 2012

**VIA FACSIMILE TO (818) 550-5008 AND FedEx**

Robert Sainburg
Office of Robert Sainburg, Attorneys
620 N. Brand Blvd., Suite 405
Glendale, CA 91203-1266

    *Re:*   *Robert Fischer*

Dear Mr. Sainburg:

    This letter responds to the numerous letters you sent me over several days and evenings the last two weeks regarding Robert Fischer and the *Rudy Lawsuit* and *DOL Lawsuit.*[1]  Your letters misrepresent the record, unnecessarily impugn my integrity and cast aspersions on the ethics of my law firm, all without any support.  Your letters also contain unreasonable, unrealistic - and arbitrary - deadlines and repeated threats toward my client and my firm.  These unreasonable deadlines and threats are objectionable and unprofessional.  More importantly, they do not allow for a reasoned discourse about whatever resolution your client seeks.  I am available to discuss these matters by telephone or in person, rather than continuing the current letter writing campaign.  I will be in the office for the rest of this week and invite you to call me at your convenience.  Until then, please find below my response to your most recent letters.

    On August 2, 2012, I informed you that we were reviewing our files to determine whether we had any documents that constituted a "client file" for Mr. Fischer, as described in your letter of July 30.  I informed you that we would provide those documents, if any, by August 10 but that we would not provide any documents that we believe belong to other clients.  I wrote to you again on August 9 and informed you we completed our review and determined that we may have some responsive documents.  I also requested that you provide written authorization from your client so that we could release those documents to you.  Since I did not receive a response from you, I wrote to you on Tuesday again requesting the authorization.  I received the written authorization from you

---

[1] The "*Rudy Lawsuit*" is reference to *Frank L. Rudy v. David Bolstad et al.,* 2:10-cv-04655-JHN-PJW.  The "*DOL Lawsuit*" is reference to *Hilda L. Solis v. Frank L. Rudy et al.,* 2:11-cv-07220-JHN-PJW.  By Order dated November 18, 2011, the Honorable Jacqueline H. Nguyen consolidated both cases into Case No. 2:10-cv-04655-JHN-PJW (the *Rudy Matter*) (copy, downloaded from PACER, enclosed).

14725551v.4

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

P. 124



Robert Sainburg
August 16, 2012
Page 2

later that day.  Copies of the documents we believe are responsive to your request are enclosed with this letter.

    To be clear, I did not make the request for the written authorization because I questioned whether you were actually Mr. Fischer's attorney (although I note you stated in your initial letter to me of July 5, 2012 that you were "consulting" with Mr. Fischer, rather than stating that you had been retained by him, or were his attorney, or some other statement that would clearly communicate the existence of an attorney-client relationship).  Rather, I requested the authorization so that we would have proof that Mr. Fischer authorized us to release those documents to you.  As you know, your status as Mr. Fischer's attorney does not mean that we have his permission to give you any documents that may constitute his "client file."

    As for the underlying matter regarding Mr. Fischer, during all meaningful phases of the litigation and resolution of both the *Rudy Lawsuit* and the *DOL Lawsuit* Mr. Fischer was represented by Tami Lee of P.K. Schrieffer, LLP.

    Mr. Fischer was the Chief Financial Officer of our client, Western Mixers Produce & Nuts, Inc. for many years.  As I previously informed you, on July 19, 2010 Seyfarth Shaw filed - on behalf of Mr. Fischer and other defendants - a stipulation to extend the time to respond to the initial complaint filed in the *Rudy Lawsuit* (copy enclosed).  On August 27, 2010, we filed a second stipulation on behalf of Mr. Fischer and other defendants while they worked out insurance coverage issues (copy enclosed).  Shortly thereafter, Ms. Lee substituted as Mr. Fischer's counsel.  The Court signed the Substitution Order on October 5, 2010 (copy enclosed).  Mr. Fischer was informed of this fact by our email to him of October 11, 2010.

    In addition, I have reviewed our files and have determined that on November 29, 2011, we signed a Stipulation to Extend Time to Respond to Complaint on behalf of Mr. Fischer and other defendants in the *DOL Lawsuit* (copy enclosed).  As in the *Rudy Lawsuit*, Ms. Lee of P.K. Schrieffer became Mr. Fischer's counsel shortly after we filed the Stipulation.  In fact, on December 2, 2011, Mr. Fischer informed us that his defense in the *DOL Lawsuit* would be handled by Ms. Lee (copy enclosed).  On December 12, 2011, we received an additional confirming email from Ms. Lee that Mr. Fischer had retained her to handle his defense in the *DOL Lawsuit* (copy enclosed).  Ms. Lee filed an Answer in the *DOL Lawsuit* on Mr. Fischer's behalf on December 27, 2011 (copy, downloaded from PACER, enclosed).

    As mentioned above, I am in the office this week if you would prefer to discuss this by telephone.

                                        Sincerely,

                                        SEYFARTH SHAW LLP

                                        Nicholas J. Waddles

Enclosures (by FedEx)

P. 125

# 34

P. 126

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

September 6, 2012

*Please reference file number*
*when responding:* 598100

*via facsimile  415.625.7772 only*

Andrew J. Schultz
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
**ON BEHALF OF UNITED STATES DEPARTMENT OF LABOR**

*via facsimile 213.833.7812 only*

Rebecca B. Mocciaro
Aurora L. Basa
Farmer & Ridley, LLP
444 South Flower Street, Suite 600
Los Angeles, California 90071
**ON BEHALF OF FRANK RUDY**

*via facsimile  310.282.6948 only*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067
**ON BEHALF OF WESTERN MIXERS AND DAVID BOLSTAD**

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
*and related consolidated actions)*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

P. 127

Andrew J. Schultz
Rebecca B. Mocciaro
Nicholas J. Waddles
September 6, 2012
Page 2 of 2

Dear Gentlepersons:

I have scheduled a conference for all counsel as an additional attempt to avoid the filing of this motion to set aside the judgment for 3 p.m. Friday, September 7, 2012.   If you are unable to participate and/or elect not to participate, please feel free to call me before or after this conference.   I believe that our respective positions have been enunciated in our communications over the past two months.   For the conference, please contact 1-605-475-6150 for the conference and use the access code 701-9617.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT J. FISCHER

P.P.1128

✳ ✳ ✳ Communication Result Report ( Sep. 6. 2012  8:05PM ) ✳ ✳ ✳

1}
2}

Date/Time: Sep. 6. 2012  8:02PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4779 598100 | Memory TX | Andrew Schultz | P.  2 | OK | |
| | | Rebecca Mocciaro | | OK | |
| | | Nicholas Waddles | | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California 91203-1295
(818) 550-5001
Fax (818) 550-5008

September 6, 2012

*Please reference file number
when responding:* 598100

*via facsimile  415.625.7772 only*

Andrew J. Schultz
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
**ON BEHALF OF UNITED STATES DEPARTMENT OF LABOR**

*via facsimile  213.833.7812 only*

Rebecca B. Mocciaro
Aaron L. Bass
Farmer & Ridley, LLP
444 South Flower Street, Suite 600
Los Angeles, California 90071
**ON BEHALF OF FRANK RUDY**

*via facsimile  310.282.6948 only*

Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067
**ON BEHALF OF WESTERN MIXERS AND DAVID BOLSTAD**

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions and related consolidated actions)*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

35

# OFFICE OF ROBERT SAINBURG, ATTORNEYS

620 North Brand Boulevard, Suite 405
Glendale, California  91203-1266
(818) 550-5001
Fax: (818) 550-5008

September 17, 2012

*Please reference file number
when responding*: 598100

*via facsimile  310.282.6948 only*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:   *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions
and related consolidated actions))*
United States District Court Case Number 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am finding numerous items that you have not produced which makes me virtually
certain that you have withheld most of the client's file.  I am seeing numerous
communications, for example, in 2012 between you and various attorneys, produced from
others, that were not in your production.  I see communications to others that reference
communications you have had with Mr. Fischer about the settlement in 2012 yet your
client file, of 1" thick does not contain these documents.

This will seriously injure my client.  Demand, is made for the umpteenth time now,
for the entire client file to be immediately turned over, including all electronic files,
communications, including communications with David Bolstad whether Mr. Fischer is a
party to them or not.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by:   Robert Sainburg, Attorneys for ROBERT
J. FISCHER

P. P1 131

✳ ✳ ✳ Communication Result Report ( Sep. 17. 2012  1:16PM ) ✳ ✳ ✳

1)
2)

Date/Time: Sep. 17. 2012  1:15PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4810 | Memory TX 598100 | Nicholas Waddles | P.  1 | OK | |

Reason for error
E. 1) Hang up or line fail                    E. 2) Busy
E. 3) No answer                               E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 North Brand Boulevard, Suite 405
Glendale, California 91203-1266
(818) 550-5001
Fax: (818) 550-5008

September 17, 2012

*Please reference file number*
*when responding:* 598100

*via facsimile 310.282.6948 only*
Nicholas J. Waddles
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, California 90067

Re:  *Frank L. Rudy, etc. v. David Bolstad, etc., et. al. (and related cross-actions*
     *and related consolidated actions))*
     United States District Court Case Number: 2:10-cv-04655-JHN-PJWx

Dear Mr. Waddles:

I am finding numerous items that you have not produced which makes me virtually certain that you have withheld most of the client's file. I am seeing numerous communications, for example, in 2012 between you and various attorneys, produced from others, that were not in your production. I see communications to others that reference communications you have had with Mr. Fischer about the settlement in 2012 yet your client file, of 1" thick does not contain these documents.

This will seriously injure my client. Demand, is made for the umpteenth time now, for the entire client file to be immediately turned over, including all electronic files, communications, including communications with David Bolstad whether Mr. Fischer is a party to them or not.

Respectfully,

OFFICE OF ROBERT SAINBURG,
Attorneys

by: Robert Sainburg, Attorneys for ROBERT J. FISCHER

P. 132

36

P. 133



2029 Century Park East, Suite 3500

Los Angeles, California  90067-3021

(310) 277-7200

fax (310) 201-5219

www.seyfarth.com

Writer's direct phone
(310) 201-1525

Writer's e-mail
nwaddies@seyfarth.com

September 17, 2012

**VIA FACSIMILE AND U.S. MAIL**

Robert Sainburg
Office of Robert Sainburg, Attorneys
620 N. Brand Boulevard, Suite 405
Glendale, CA 91203-1266

    *Re:*   *Robert Fischer*

Dear Mr. Sainburg:

    I received your letter today suggesting that there are items that remain in Mr. Fischer's "client file" that we did not provide to you.  In particular, you make reference to communications between me and various attorneys regarding the "settlement" in 2012 that were produced by "others" but were not included in the documents we provided you.  You did not identify the "others" from whom you received documents regarding Mr. Fischer, but I can assure you that we did not withhold any documents that we viewed as belonging to Mr. Fischer's client file.

    Further, and as you know, Mr. Fischer was CFO of our client, Western Mixers, for many years.  As you may also know, the *Rudy Lawsuit* and *DOL Lawsuit* that were settled this year involved countless corporate issues that Mr. Fischer was intimately involved in - and often in direct control of - in his capacity as the CFO for Western Mixers.  Thus, it is possible that you have seen - and will continue to see - communications between me and my firm and other lawyers (and even Mr. Fischer) that relate to the settlement of those lawsuits.  As to us, however, those communications are not part of Mr. Fischer's client file.

    As I have previously informed you on several occasions, we will not provide you with documents and information that are the property of any entity or individual who you do not represent.  To date, you have only informed me that you represent Mr. Fischer and we have provided you with the documents and other information that we believe constitute his client file.

        Very truly yours,

        SEYFARTH SHAW LLP

        Nicholas J. Waddles

NJW

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

14846686v.1