OFFICE OF ROBERT SAINBURG, Attorneys
Robert Sainburg [State Bar Number 157707]
620 North Brand Boulevard, Suite 405
Glendale, California 91203-1266
Telephone: (818) 550-5001
Facsimile: (818) 550-5008
Firm e-mail: sainburglaw@sbcglobal.net

Attorneys for: Defendant ROBERT J. FISCHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK L. RUDY, as an individual, and in his individual capacity as a shareholder of Western Mixers, Inc.,

Plaintiff,

vs.

DAVID BOLSTAD, an individual; ROBERT FISCHER, an individual,

Defendants.

HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,

Plaintiff,

vs.

FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC., WESTERN MIXERS INC. MONEY PURCHASE PENSION PLAN,

Defendants.

Case No. 2:10-cv04655JHN-PJWx
c/w 2:11-cv-07220-JHN-PJWx

DEFENDANT ROBERT J. FISHER'S EXHIBITS 37 THROUGH 54 IN SUPPORT OF MOTION TO SET ASIDE CONSENT JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 60(B)(6)

Action filed:        June 23, 2010
Trial date:          Post-Judgment

Judge: Hon. Jacqueline H. Nguyen
Ctrm: 790

DATE:     December 10, 2012
TIME:     10:00 a.m.
PLACE:    Courtroom 790

1

Defendant Robert J. Fisher's Exhibits 37 Through 54 in Support of
Motion to Set Aside Consent Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6)

37

## TELEPHONE MEMORANDUM

**DATE:** 6-20-12

**ATTORNEY:** TKL

**TELECON WITH:** Bob Fischer — (CL)

**CASE NAME:** DOL

**FILE #:** SAF 493-A

**CONTENTS:** → He still can access online 4 Western Mixers — accounts —

→ He may seek counsel to overturn his signing the consent Decree — didn't

— David made contributions — make

WM0002058

**38**

 KAISER PERMANENTE.

# Printer-friendly page

Print tips

**Member name:** Robert J Fischer **Date of birth:** 12/5/1949 **Gender:** Male **Primary care physician:** K R LEHMAN-SCHLETEWITZ MD **Date printed:** 9/23/2012

## Health summary

### Ongoing health conditions

**Back to top**

| Health condition | Date noted |
|---|---|
| SCIATICA | 06/26/2009 |
| HYPERLIPIDEMIA (HIGH BLOOD FATS) | 06/26/2009 |
| HISTORY OF CANCER OF THE SKIN, BASAL CELL | 07/17/2009 |
| SINUSITIS, CHRONIC | 06/17/2010 |
| CLOSED FRACTURE HUMERUS, GREATER TUBEROSITY | 10/13/2010 |
| HEART ATTACK, IN PAST | 10/11/2011 |
| CORONARY ARTERY DISEASE, HAS HAD STENT PLACEMENT | 10/17/2011 |
| ATRIAL FIBRILLATION, PAROXYSMAL | 10/17/2011 |
| TISSUE NECROSIS IN PERIPHERAL VASCULAR DISEASE | 01/11/2012 |
| NICOTINE DEPENDENCE, IN REMISSION | 01/24/2012 |
| GANGRENE OF FOOT | 02/08/2012 |
| PERIPHERAL VASCULAR DISEASE | 03/07/2012 |
| CHRONIC PAIN SYNDROME | 03/14/2012 |
| HISTORY OF AMPUTATION TOE, OTHER THAN GREAT TOE | 06/13/2012 |

| Health condition | Date noted |
|---|---|
| FOOT PAIN | 06/13/2012 |

## Prescriptions

## Back to top

R̥

**FENTANYL (DURAGESIC) 12 MCG/HR TD 72HR PATCH**
Instructions: Apply 1 patch to skin every 72 hours

Prescribed by BRIAN AKBARI AHANGAR MD on 9/21/2012
Prescription number: 593832037

R̥

**FENTANYL (DURAGESIC) 50 MCG/HR TD 72HR PATCH**
Instructions: Apply 1 patch to skin every 72 hours

Prescribed by BRIAN AKBARI AHANGAR MD on 9/21/2012
Prescription number: 593832039

R̥

**ATORVASTATIN (LIPITOR) 40 MG ORAL TAB**
Instructions: Take one-half tablet orally daily to lower cholesterol and keep arteries open

Prescribed by K R LEHMAN-SCHLETEWITZ MD on 9/14/2012
Prescription number: 538735825

R̥

**HYDROCODONE-ACETAMINOPHEN (NORCO) 10-325 MG ORAL TAB**
Instructions: Take 1 to 2 tablets orally every 4 to 6 hours as needed for breakthrough pain

Prescribed by K R LEHMAN-SCHLETEWITZ MD on 8/9/2012
Prescription number: 538724978

R̥

**ALPRAZOLAM (XANAX) 0.5 MG ORAL TAB**
Instructions: Take 1 tablet orally 3 times a day as needed for anxiety

Prescribed by K R LEHMAN-SCHLETEWITZ MD on 8/9/2012
Prescription number: 538724979

R̥

**MUPIROCIN (BACTROBAN) 2 % TOP OINT**

Instructions: Apply to affected area one time daily

Prescribed by DIANE D BRANKS DPM on 7/18/2012
Prescription number: 154963992

℞

**NORTRIPTYLINE (PAMELOR) 50 MG ORAL CAP**
Instructions: Take 1 capsule orally daily 3 hours before bedtime

Prescribed by BRIAN AKBARI AHANGAR MD on 6/21/2012
Prescription number: 829521428

℞

**FENTANYL (DURAGESIC) 25 MCG/HR TD 72HR PATCH**
Instructions: Apply 1 to 2 patches to skin every 72 hours

Prescribed by BRIAN AKBARI AHANGAR MD on 6/12/2012
Prescription number: 593753023

℞

**NITROGLYCERIN (NITROSTAT) 0.4 MG SL SUBL TAB**
Instructions: Dissolve 1 tablet under the tongue as needed for chest pain, may repeat 2 times at 5 minute intervals. call 911 if the pain persists longer than 5 minutes after the first dose. continue to take the 2nd and 3rd dose if pain persists

Prescribed by RASOUL MOKABBERI MD on 6/6/2012
Prescription number: 538705600

℞

**CARVEDILOL (COREG) 3.125 MG ORAL TAB**
Instructions: Take 1 tablet orally 2 times a day

Prescribed by RASOUL MOKABBERI MD on 6/6/2012
Prescription number: 538705601

℞

**LISINOPRIL (PRINIVIL/ZESTRIL) 2.5 MG ORAL TAB**
Instructions: Take 1 tablet orally daily

Prescribed by RASOUL MOKABBERI MD on 6/6/2012
Prescription number: 538705602

℞

**NIACIN (SLO-NIACIN) 500 MG ORAL SR TAB**
Instructions: Take 2 tablets orally every night at bedtime

Prescribed by RASOUL MOKABBERI MD on 6/6/2012
Prescription number: 538705603

℞

**BISACODYL (DULCOLAX) 5 MG ORAL TBEC DR TAB**
Prescribed by ASHLEY MARIE MARTIN PA on 3/1/2012

R<sub>x</sub>

**DOCUSATE SODIUM (COLACE) 100 MG ORAL CAP**
Prescribed by ASHLEY MARIE MARTIN PA on 3/1/2012

R<sub>x</sub>

**CILOSTAZOL (PLETAL) 100 MG ORAL TAB**
Instructions: Take one-half tablet orally 2 times daily

Prescribed by ASHLEY MARIE MARTIN PA on 3/1/2012
Prescription number: 593667465

R<sub>x</sub>

**CLOPIDOGREL (PLAVIX) 75 MG ORAL TAB**
Instructions: Take 1 tablet orally daily

Prescribed by ASHLEY MARIE MARTIN PA on 3/1/2012
Prescription number: 593667466

R<sub>x</sub>

**ASPIRIN (ECOTRIN LOW STRENGTH) 81 MG ORAL TBEC DR TAB**
Prescribed by ASHLEY MARIE MARTIN PA on 3/1/2012

R<sub>x</sub>

**ISOSORBIDE MONONITRATE (IMDUR) 30 MG ORAL 24HR SR TAB**
Instructions: Take 1 tablet orally daily

Prescribed by STEVEN KUNWOO PARK MD on 1/19/2012
Prescription number: 593628450

R<sub>x</sub>

**POVIDONE-IODINE (BETADINE) 10 % TOP SOLN**
Prescribed by JOHN MICHAEL BEEMER PA on 12/5/2011

R<sub>x</sub>

**TRAZODONE (DESYREL) 50 MG ORAL TAB**
Instructions: Take 2 tablets orally daily 1 hour before bedtime

Prescribed by K R LEHMAN-SCHLETEWITZ MD on 10/8/2010
Prescription number: 538514610

R<sub>x</sub>

**MELOXICAM (MOBIC) 7.5 MG ORAL TAB**
Instructions: Take 1 tablet every day - may increase to 2 tablets daily as needed for pain or inflammation.

Prescribed by K R LEHMAN-SCHLETEWITZ MD on 7/14/2010
Prescription number: 538490201

## Allergies

Back to top

| Allergen | Reaction |
|---|---|
| Penicillins Class | Skin Rash and/or Hives |
| Clarithromycin | Nausea and/or Vomiting |
| Lanolin | |
| Chlorhexidine Gluconate | Skin Rash and/or Hives |

## Immunizations

Back to top

| Immunization | Date |
|---|---|
| INFs (Influenza split virus ) | 10/8/2010 |
| INFs 18yrs and over (Influenza) | 10/11/2011 |
| PNUps (Pneumococcal polysaccharide, pneumonia) | 10/11/2011 |
| Tdap (ADACEL) (Tetanus, diphtheria, acellular pertussis) | 10/31/2011 |

## Health reminders

Back to Top

| Name | Due date | Status | Last done |
|---|---|---|---|
| FLU VACCINE | 9/1/2012 | Due | 10/11/2011 |

Certain content delivered by MyChart®, licensed from Epic Systems Corporation, © 1999 to 2010, patents pending.

Back to top

**To print this page:** Use your browser's "Print" button, or select "File" then "Print" from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the "Close" button below.

**For a better-looking printout:** You can adjust the header and footer settings in most browsers. Follow the instructions below.

**Internet Explorer**
1. Click "File", then "Page Setup."
2. In the "Headers and Footers" section, delete the text in both the header and the footer fields and click "OK."
3. Tip: To make sure the setup is correct before printing, under "File" select "Print Preview."

© 2009 Kaiser Permanente

Close

**39**



# P.K. SCHRIEFFER LLP

*Established in 1998*
*Providing Legal Services For Over 10 Years*

Paul K. Schrieffer
*Founding Partner*

Michael D. Goodman
*Partner*

Mitchell J. Freedman◊
*Partner*

Donald S. Zalewski
*Partner*

Norma N. Schrieffer
*Administrative Director*

**Los Angeles**
100 N. Barranca Ave.
Suite 1100
West Covina, CA 91791
Phone 626.373.2444
Facsimile 626.974.8403

**San Diego**
402 W. Broadway Ave.
Suite 400
San Diego, CA 92101
Phone 619.321.6920
Facsimile 626.974.8403

*Reply To*
Los Angeles Office
tkd@pkslip.com

Rens M. Stone
Stanley R. Escalante †
Colette M. Asel
Tami Kay Lee
Catherine T. Thong
Reid L. Denham
Kristin M. Kubec
Stephen Chace Bass
Joseph L. Richardson
Andy Mendoza
Lori R. Simon
Anthony Santos
James R Carty

† Also admitted in NV
◊ Also admitted in AZ

November 18, 2010

**PRIVILEGED AND CONFIDENTIAL**
Mr. David H. Bolstad, President
Mr. Robert Fischer, Chief Financial Officer
Western Mixers, Inc.
2910 San Fernando Road
Los Angeles, CA 90065

Re:   **Frank L. Rudy v. David Bolstad & Robert Fischer**
Case No.:         CV10 4655 JHN (PJWX)
Policy No.:        CBP 9684513
Our File No.:     SAF.493

Dear Messrs. Bolstad and Fischer:

As you know, we have been assigned to defend your interests in the above-referenced matter by your carrier, Liberty Mutual Insurance Company regarding plaintiff Frank Rudy's allegations of various breaches of fiduciary duties relating to the Western Mixers defined contribution plan.

The purpose of this letter is to memorialize our discussions regarding potential or actual conflicts of interest or objectives that may inherently arise in our dual representation of both of you, and to fully inform you of the matter.

A.  Conflicts of Interest

As we discussed during our meeting, our dual representation of the both of you in connection with the litigation may create certain conflicts of interest

David H. Bolstad
Robert Fischer
Re: <u>Frank L. Rudy v. David Bolstad & Robert Fischer</u>
Page 2 of 4

because the interests and objectives of each of you individually on certain issues may later become inconsistent.

At this time, however, and during these initial stages of the litigation we do not anticipate that there will be opposing interests and objectives in your defense and will find that a dual representation will bring about effectiveness and efficiency that would not be otherwise achieved.

B. <u>Risks of Dual Representation</u>

One of the risks in a dual representation is the potential for loss of the attorney-client privilege for communications between you because anything disclosed by one client on a matter of common interest may be disclosed to a jointly represented client in a civil the proceeding. Further, in the event of a dispute between you, we may be precluded from representing any individual party without first obtaining the consent of all concerned.

C. <u>Rules of Professional Conduct</u>

We inform you that we are governed by specific rules relating to our representation of clients when potential or actual conflicts of interest exist. Specifically, Rule 3-310 of the Rules of Professional Conduct of the State Bar of California provides in relevant part as follows:

"...(C) A member shall not, without the informed written consent of each client;

    (1) Accept representation of more than one client in a matter in which the interests of the clients potentially conflict; or

    (2) Accept or continue representation of more than one client in a matter in which the interests of the clients actually conflict; or

    (3) Represent a client in a matter and at the same time in a separate matter accept as a client a person or entity whose interests in the first matter is adverse to the client in the first matter.

(D) A member who represents two or more clients shall not enter into an aggregate settlement of the claims of or against the clients, without the informed written consent of each client..." *Rule 3-310.*

David H. Bolstad
Robert Fischer
Re: <u>Frank L. Rudy v. David Bolstad & Robert Fischer</u>
Page 3 of 4

As stated above, we presently do not anticipate that there will be opposing interests and/or objectives in the dual representation and in your defense.

Accordingly, following our discussions regarding the potential for conflicts, including a potential for waiver of attorney-client privileged communications between you, we request that each sign and return a copy of this consent to waive potential conflicts of interest with the acknowledgement that:

1. You have been advised of Rule 3-310 and of the potential conflicts associated with your respective individual interests; and

2. You approve and consent to our dual representation of you in the above-referenced action.

Please note that we are also required to advise you that you may seek independent counsel to review this consent and acknowledgment before you provide your signature below.

The Consent and Acknowledgment follows on page 4 below.

Sincerely,

**P.K. SCHRIEFFER LLP**

Paul K. Schrieffer
Tami Kay Lee

TKL:dm

David H. Bolstad
Robert Fischer
Re: Frank L. Rudy v. David Bolstad & Robert Fischer
Page 4 of 4

## CONSENT AND ACKNOWLEDGMENT

P.K. SCHRIEFFER LLP has explained to each of the undersigned that present and conflicting interests may exist in the above-referenced action by plaintiff Frank Rudy and has fully informed each the nature and possible consequences of these conflicts.

David H. Bolstad acknowledges the disclosure of P.K. SCHRIEFFER LLP's representation of Robert Fischer and the potential for conflicts that may arise from their dual representation.

Robert Fischer acknowledges the disclosure of P.K. SCHRIEFFER LLP's representation of David H. Bolstad and the potential for conflicts that may arise from their dual representation.

Each of the undersigned understands their right to seek independent counsel before signing this consent or at any future time.

Each of the undersigned nevertheless desires the representation by P.K. SCHRIEFFER LLP to the extent described above and therefore consents and gives approval to such representation.


DATED: November 18, 2010

DAVID H. BOLSTAD


DATED: November 18, 2010

ROBERT FISCHER

**40**



# P.K. SCHRIEFFER LLP

*Established in 1998*
*Providing Legal Services For Over 10 Years*

Paul K. Schrieffer
*Founding Partner*

Michael D. Goodman
*Partner*

Mitchell J. Freedman⁰
*Partner*

Donald S. Zalewski
*Partner*

Norma N. Schrieffer
*Administrative Director*

*Los Angeles*
100 N. Barranca Ave.
Suite 1100
West Covina, CA 91791
Phone 626.373.2444
Facsimile 626.974.8403

*San Diego*
402 W. Broadway Ave.
Suite 400
San Diego, CA 92101
Phone 619.321.6920
Facsimile 626.974.8403

*Reply To*
Los Angeles Office

PKS@pksllp.com
TKL@pksllp.com

Rena M. Stone
Stanley R. Escalante †
Tami Kay Lee †
Catherine T. Thong
Reid L. Denham
Kristin M. Kubec
Andy Mendoza
Lori R. Simon
Anthony Santos
James R Carty
Wayne H. Hammack

† Also admitted in NV
⁰ Also admitted in AZ

December 7, 2011

**PRIVILEGED AND CONFIDENTIAL**
Mr. David H. Bolstad, President
Mr. Robert J. Fischer, Chief Financial Officer
Western Mixers, Inc.
2910 San Fernando Road
Los Angeles, CA 90065

Re:   **Department of Labor v. Bolstad/Fischer/Western Mixers, Inc.**

Case No.:   CV11-07220 JHN (PJWX)
(Consolidated w/Rudy v. Bolstad/Fischer)

Date Complaint
Filed:   August 31, 2011
Our File No.:   SAF.493- A

Dear Messrs. Bolstad and Fischer:

This Retention Agreement is made effective upon the date of your execution and acknowledgment indicated below concerning the defense of the Department of Labor Complaint filed on August 31, 2011 in the United States District Court, Central District of California, hereinafter referred to as the "DOL complaint".

C:\Documents and Settings\tkl\Local Settings\Temporary Internet Files\Content.Outlook\BDU42FBB\Retainer Agreement 12-2-11.doc

David H. Bolstad
Robert J. Fischer
Re: <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 2 of 8

The scope of representation by the firm of P.K. Schrieffer LLP (hereinafter known as "Attorney") is limited strictly to the litigation defense of the DOL complaint on behalf of:

- David H. Bolstad;
- Robert J. Fischer; and
- Western Mixers, Inc. (hereinafter "Clients").

This Agreement is required by *California Business and Professions Code Section 6148* and is intended to fulfill the requirements of that section.

## Legal Services to be Provided:

Clients, and each of them, hereby retain and employ Attorney to represent Clients, and each of them, to defend against the lawsuit entitled Hilda L. Solis, Secretary of Labor, United States Department of Labor v. Frank L. Rudy/David H. Bolstad/Robert J. Fischer/Western Mixers, Inc/Western Mixers, Inc. Money Purchase Pension Plan. The scope of representation includes the recommended cross-complaint against Frank L. Rudy who is also named individually as a defendant in the DOL complaint. Mr. Rudy, though affiliated with Western Mixers, Inc. has retained his own counsel, Rebecca Mocciaro of Farmer & Ridley LLP, to provide his defense of the DOL complaint.

The legal services to be provided will not include any appeals relating to the DOL complaint. If any appeals subsequently become necessary as part of Clients' further defense, another agreement will reflect the scope of representation relating to appeals pertaining to the DOL complaint.

The terms and conditions of Attorney's representation of Clients, as set forth in this letter, will apply to any other future services which Clients, and each of them, instruct Attorney to perform, unless some other written agreement is reached between Clients, and each of them, and Attorney at the time those instructions are received. Unless specifically requested to perform other services on behalf of the Clients, and each of them, the scope of Attorney's representation will be limited as reflected herein.

Attorney has not been retained to provide Clients, and each of them, with any tax advice concerning this matter, including without limitation the deduction of costs associated with litigation and the taxability of anything relating to the subject lawsuit. In some instances, the tax treatment of any recovery or of the costs and expenses of litigation may be affected by actions

David H. Bolstad
Robert J. Fischer
Re:  Department of Labor v. Bolstad, Fischer, and Western Mixers
Page 3 of 8

taken early in the litigation process. Therefore, Clients, and each of them, are advised to consult with their respective tax advisors as soon as possible regarding this matter.

**Responsibilities of Attorney and Clients, and each of them:**

Attorney will perform the legal services called for under this Agreement, keep Clients, and each of them, informed of progress and developments, and respond promptly to the inquiries and communications from Clients, and each of them.  Clients, and each of them, will be truthful and cooperative with Attorney, keep Attorney reasonably informed of any new developments and of changes to the address, telephone numbers and whereabouts of each Client. Clients, and each of them, also agree to make and be responsible for making timely payments for services which Attorney renders on behalf of one or more Clients, and each of them.

**Conflicts of Interest If Any Among Clients, and Each of Them:**

Each of the Clients acknowledge and agree that there exists a potential conflict of interest among each of the Clients with each other or if a corporation or other business organization, within its other.  Clients, and each of them, acknowledge and agree that while there is a common defense to the allegations in the operative DOL complaint, each of the Clients has his or its own interests.  There may be liability only assessed against the business entity or entities, or liability as to each individual person, i.e. David H. Bolstad or Robert J. Fischer.  Further, each Client may have his or its own opinion or belief as to when to settle the case, for how much the settlement should be, among other conflicts.

A Consent and Acknowledgment Letter regarding potential conflicts of interest between Clients is submitted concurrently with this Retention Agreement, and is incorporated herein upon Clients' execution of same.

**Attorneys' Fees and Costs:**

Clients, and each of them, will pay Attorney for legal services provided under this Agreement at the respective hourly rates for the individual providing the services.  The attorneys with primary responsibility for this matter will be Paul K. Schrieffer and Tami Kay Lee, who will each bill at the rate of $250.00 per hour.

David H. Bolstad
Robert J. Fischer
Re:  <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 4 of 8

Attorney is authorized to utilize the services of any of its other attorneys within the firm as necessary, and paralegals at its discretion at their normal and customary hourly rate of $90.00 for paralegals and $250.00 for other attorneys.  Attorneys will charge in increments of $1/10^{th}$ of an hour rounded off for each particular activity to the nearest $1/10^{th}$ of an hour.  For example, a telephone conference lasting 6 minutes will be billed at 0.10 of an hour which is the lowest denomination of $1/10^{th}$ of an hour.

Clients, and each of them, are responsible for all costs and expenses incurred by Attorney in connection with each Client's claim, including without limitation the following:

- Court filing fees
- Process Service fees
- Ordinary witness fees
- Investigators' fees
- Fees to experts for consultation with Attorney, and/or appearance at deposition or trial
- Court reporting and transcription fees
- Jury fees
- Videotaping (including DVDs) and other preparation of trial exhibits
- Messenger and mail expenses
- Travel expenses at actual cost
- Mileage at 49.6¢ per mile (or at the IRS' applicable future business mileage rate)
- Long distance telephone charges
- Fax charges at $1.00 per page transmitted or received
- Photocopying charges at $.15 per page if Attorney performs copying in-house or at Attorney's cost if an outside copy service is used

Attorney may advance any or all of such costs and expenses on behalf of Clients, and each of them, in which event Clients, and each of them, agree to reimburse Attorney upon demand.  Such reimbursement shall be made regardless of outcome of the legal actions on the claim(s) of each Client, or the amount recovered.

If, while this Agreement is in effect, Attorney increases the hourly rates charged to Clients, and each of them, that increase may be applied to fees

David H. Bolstad
Robert J. Fischer
Re: <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 5 of 8

incurred under this Agreement, only with respect to services provided thirty
(30) days or more after written notice of the increase. Clients, and each of
them, may terminate Attorney's services under this Agreement by written
notice effective when received by Attorney, provided Clients, and each of them,
execute and return a substitution of attorney form immediately on receipt of a
notice of increased rates.

Clients, and each of them, acknowledge that it is difficult to predict,
with any reasonable degree of accuracy, the extent of the legal services that
ultimately will be performed or the fees and expenses that will be incurred.
Much depends upon the complexity of issues that may arise, and other
matters partially or completely beyond the control of Clients, and each of
them, or Attorney. Therefore, any oral or written estimate of fees is only an
estimate, based on only preliminary information, and the actual fees and costs
of the representation may vary materially from that estimate. While Attorney
will make every effort to render, upon request, reasonable estimates of fees
and costs which may be incurred, Attorney cannot, and does not, guarantee
that any fee estimate will not be exceeded. Clients, and each of them, further
acknowledges and agrees that Attorney has made no promises about the total
amount of attorneys' fees to be incurred by Clients, and each of them, under
this Agreement.

**<u>Attorney Malpractice Insurance Coverage</u>:**

Attorney does have in force and effect a policy of errors and omissions
insurance applicable to the services to be rendered by Attorney to Clients, and
each of them, in this matter. The limits of said policy of insurance exceed the
minimum required to be disclosed pursuant to California law.

**<u>Settlement</u>:**

No settlement of any nature shall be made for any of the aforesaid
claims without the approval of each Client.

**<u>Withdrawal or Substitution</u>:**

Attorney or Clients, and each of them, may remove or withdraw, or
request removal or withdrawal with regard to this matter, for any reason and
at any time, after giving reasonable notice to the other Clients and each of
them and the Attorney. In the event of Attorney's withdrawal from
representation of Clients, and each of them, or the termination of Attorney's

David H. Bolstad
Robert J. Fischer
Re:  <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 6 of 8

services by Clients, and each of them, Clients, and each of them, will be responsible for the fees and costs to the date of withdrawal or termination, payable immediately upon notification of withdrawal or termination.

**Cooperation of Client:**

Clients, and each of them, shall keep Attorney advised on the whereabouts of Clients, and each of them, at all times, shall appear on reasonable notice at any and all depositions and court appearances, and shall comply with reasonable requests of Attorney in connection with the preparation and presentation of the aforesaid claims of Clients, and each of them.

**Statements and Payments:**

Attorney will send Clients, and each of them, monthly statements indicating attorneys' fees and costs incurred and their basis, any amount applied from deposits, and any current balance owed.  The Clients, and each of them, shall be jointly and severally liable to pay the invoice sums.  If no attorneys' fees or costs are incurred for a particular month, or if they are minimal, the statement may be held and combined with that for the following month.  Any balance will be paid in full within thirty (30) days after the statement is mailed.  If a statement is not paid within thirty (30) days, Attorney may charge a late fee in the amount of one and one-half percent (1½%) of the amount billed per month from the date of the statement until paid.

**Disposition of Disputes:**

Clients, and each of them, and Attorney agree that the exclusive venue for any disputes between them arising out of or related to this Agreement, and the services and obligations arising hereunder, shall be in Los Angeles County, California, applying California law.  Additionally, in the event that legal proceedings are initiated between the parties, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs.

**Counterparts; Facsimile Signatures:**

This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument.  Any party may deliver its signature to this Agreement by facsimile

David H. Bolstad
Robert J. Fischer
Re:  <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 7 of 8

transmission, which shall be deemed binding upon receipt of such transmission.

**<u>Entire Agreement:</u>**

This Agreement represents the only agreement between the parties regarding the subject matter hereof, and the parties acknowledge and agree that there are no other agreements, warranties, guarantees, representations between them with regard to the subject matter hereof.  The parties further agree that this Agreement can be modified or amended only in writing, signed by all parties.

Please execute in the space provided below, and send back the executed copy of this letter via email and original via U.S mail to the Attorney's office in West Covina, California, including your signed copy of the Consent and Acknowledgment letter regarding potential conflicts of interest.

Please contact the undersigned if you have any questions or comments regarding the contents of this letter or anything relating to the above-described matter.  Thank you.

Sincerely,

**P.K. SCHRIEFFER LLP**

Paul K. Schrieffer
Tami Kay Lee

PKS/TKL:dm

Attachment:  Consent and Acknowledgment Letter
re Potential Conflicts of Interest

David H. Bolstad
Robert J. Fischer
Re: <u>Department of Labor v. Bolstad, Fischer, and Western Mixers</u>
Page 8 of 8

### CONSENT AND AGREEMENT OF CLIENT TO RETENTION AGREEMENT:

I, DAVID H. BOLSTAD, on behalf of myself, and as President on behalf of Western Mixers, Inc. and Western Mixers, Inc. Money Purchase Pension Plan, have reviewed the Retention Agreement herein and understand and agree to its contents. I am fully authorized to execute this Agreement and agree to abide by all of its terms and conditions.

Dated: December _9_, 2011

DAVID H. BOLSTAD, for
myself and as President on
behalf of Western Mixers,
Inc.

### CONSENT AND AGREEMENT OF CLIENT TO RETENTION AGREEMENT:

I, ROBERT J. FISCHER, on behalf of myself, have reviewed the Retention Agreement herein and understand and agree to its contents. I am fully authorized to execute this Agreement and agree to abide by all of its terms and conditions.

Dated: December _9_, 2011

ROBERT J. FISCHER, Chief
Financial Officer

**41**

$\mathcal{S}$

# P.K. SCHRIEFFER LLP

*Established in 1998*
*Providing Legal Services For Over 10 Years*

Paul K. Schrieffer
*Founding Partner*

Michael D. Goodman
*Partner*

Mitchell J. Freedman◊
*Partner*

Donald S. Zalewski
*Partner*

Norma N. Schrieffer
*Administrative Director*

**Los Angeles**
100 N. Barranca Ave.
Suite 1100
West Covina, CA 91791
Phone 626.373.2444
Facsimile 626.974.8403

**San Diego**
402 W. Broadway Ave.
Suite 400
San Diego, CA 92101
Phone 619.321.6920
Facsimile 626.974.8403

*Reply To*
Los Angeles Office

PKS@pksllp.com
TKL@pksllp.com

Rena M. Stone
Stanley R. Escalante †
Tami Kay Lee †
Catherine T. Thong
Reid L. Denham
Kristin M. Kubec
Andy Mendoza
Lori R. Simon
Anthony Santos
James R Carty
Wayne H. Hammack

† Also admitted in NV
◊ Also admitted in AZ

December 7, 2011

---

## CONSENT AND ACKNOWLEDGMENT – CONFLICTS WAIVER

**PRIVILEGED AND CONFIDENTIAL**
Mr. David H. Bolstad, President
Mr. Robert J. Fischer, Chief Financial Officer
Western Mixers, Inc.
2910 San Fernando Road
Los Angeles, CA 90065

Re:   **Department of Labor v. Bolstad/Fischer/Western Mixers, Inc.**
  Case No.:    CV11-07220 JHN (PJWX)
        (Consolidated w/Rudy v. Bolstad/Fischer)
  Date Complaint
  Filed:     August 31, 2011
  Our File No.:   SAF.493- A

Dear Messrs. Bolstad and Fischer:

    The purpose of this letter is to memorialize our discussions regarding any potential or actual conflicts of interest or objectives that may inherently arise in our dual representation of both of you and Western Mixers, Inc. (the "Company") and to fully inform you of the matter in relation to the complaint filed by the Department of Labor on August 31, 2011 ("DOL complaint").

David H. Bolstad
Robert J. Fischer
Re: Department of Labor v. Bolstad/Fischer/Western Mixers, Inc.
Page 2 of 4

### A. **Conflicts of Interest**

As we discussed, our dual representation of the both of you along with the Company in connection with DOL litigation may create certain conflicts of interest because the interests and objectives of each of you individually on certain issues may later become inconsistent.

At this time, however, and during these initial stages of the litigation we do not anticipate that there will be opposing interests and objectives in your defense, including defense of the Company, and will find that a dual representation will bring about effectiveness and efficiency that would not be otherwise achieved.

### B. **Risks of Dual Representation**

One of the risks in a dual representation is the potential for loss of the attorney-client privilege for communications between you because anything disclosed by one client on a matter of common interest may be disclosed to a jointly represented client in a civil proceeding. Further, in the event of a dispute between you, we may be precluded from representing any individual party without first obtaining the consent of all concerned.

### C. **Rules of Professional Conduct**

We inform you that we are governed by specific rules relating to our representation of clients when potential or actual conflicts of interest exist. Specifically, *Rule 3-310 of the Rules of Professional Conduct* of the State Bar of California provides in relevant part as follows:

"...(C) A member shall not, without the informed written consent of each client;

(1) Accept representation of more than one client in a matter in which the interests of the clients potentially conflict; or
(2) Accept or continue representation of more than one client in a matter in which the interests of the clients actually conflict; or
(3) Represent a client in a matter and at the same time in a separate matter accept as a client a person or entity whose interests in the first matter is adverse to the client in the first matter.

David H. Bolstad
Robert J. Fischer
Re:  Department of Labor v. Bolstad/Fischer/Western Mixers, Inc.
Page 3 of 4

(D) A member who represents two or more clients shall not enter
into an aggregate settlement of the claims of or against the
clients, without the informed written consent of each client..."
*Rule 3-310.*

As stated above, we presently do not anticipate that there will be
opposing interests and/or objectives in the dual representation and in your
defense, including defense of the Company.

Accordingly, following our discussions regarding the potential for
conflicts, including a potential for waiver of attorney-client privileged
communications between you, we request that each sign and return a copy of
this consent to waive potential conflicts of interest with the acknowledgement
that:

1. You have been advised of Rule 3-310 and of the potential conflicts
associated with your respective individual interests; and

2. You approve and consent to our dual representation of you in the
above-referenced action.

Please note that we are also required to advise you that you may seek
independent counsel to review this consent and acknowledgment before you
provide your signature below.

The Consent and Acknowledgment follows on page 4 below.

Sincerely,

**P.K. SCHRIEFFER LLP**

/s/

Paul K. Schrieffer
Tami Kay Lee

PKS/TKL:dm

David H. Bolstad
Robert J. Fischer
Re: <u>Department of Labor v. Bolstad/Fischer/Western Mixers, Inc.</u>
Page 4 of 4

## <u>CONSENT AND ACKNOWLEDGMENT</u>

P.K. SCHRIEFFER LLP has explained to each of the undersigned that present and conflicting interests may exist in the above-referenced action by petitioner DEPARTMENT OF LABOR and has fully informed each the nature and possible consequences of these conflicts.

David H. Bolstad acknowledges the disclosure of P.K. SCHRIEFFER LLP's representation of Robert Fischer and the potential for conflicts that may arise from their dual representation.

Robert Fischer acknowledges the disclosure of P.K. SCHRIEFFER LLP's representation of David H. Bolstad and the potential for conflicts that may arise from their dual representation.

The Company acknowledge, the disclosure of P.K. SCHRIEFFER LLP's representation of David H. Bolstad, Robert J. Fischer by and through its President, David H. Bolstad, the potential for conflicts that may arise from their dual representation.

Each of the undersigned understands their right to seek independent counsel before signing this consent or at any future time.

Each of the undersigned nevertheless desires the representation by P.K. SCHRIEFFER LLP to the extent described above and therefore consents and gives approval to such representation.

DATED: December _9_, 2011

DAVID H. BOLSTAD, for myself and as President on behalf of Western Mixers, Inc.

DATED: December _9_, 2011

ROBERT J. FISCHER, Chief Financial Officer

**42**

E. CONFERENCE (2)

## TELEPHONE MEMORANDUM

DATE: 2-22-12

ATTORNEY: TKC

TELECON WITH: Nick Waddler + Andrew Schultz
                 DOL

CASE NAME: Rudy   → pension

FILE #: SAF. 493   counsel

CONTENTS:

Andrew: agrees to settle out
    w/ David + Bob settle
    out separately

→ but needs to check

Regional   ← w/ Solis → and only until
Director     we reach an impasse
     w/ Rudy

→ David to pay in amount already
  agree → $62,000

→ will settle out w/ David + Bob — b/c both
   are waiving their plan benefits —

**43**

**Tami Kay Lee**

| | |
|---|---|
| **From:** | Tami Kay Lee |
| **Sent:** | Friday, March 23, 2012 1:15 PM |
| **To:** | Bob Fischer |
| **Cc:** | 'Waddles, Nicholas'; Desiree Marquez |
| **Subject:** | Rudy; SAF.493 |
| **Attachments:** | Fischer Spousal Waiver.pdf; Solis v  Rudy et al  Consent Judgment FINAL.PDF |

Here you Bob.......

Tami Kay Lee



www.pksllp.com
Los Angeles * San Diego
100 North Barranca Ave., 11th Floor
West Covina, California  91791

| | |
|---|---|
| Phone: | 626.373.2444 |
| Facsimile: | 626.974.8403 |
| E-mail: | tkl@pksllp.com |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THIS MESSAGE IS A TRANSMISSION ERROR, GOING TO AN INCORRECT PARTY, PLEASE RETURN NOTICE TO THE SENDER AND DESTROY AND/OR DELETE THE RECEIVED COPY. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

WM0001922

<u>WAIVER OF BENEFITS AND SPOUSAL CONSENT</u>

     I, _____, am married to Robert J. Fischer a defendant in civil litigation brought by Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), in the United States District Court for the Central District of California and captioned as <u>Solis v.</u> <u>Frank L. Rudy, et al.</u>, Case No. 10-cv-04655- JHN. My spouse, Robert J. Fischer, was a participant in the Western Mixers, Inc. Money Purchase Pension Plan ("the Plan"). In consideration of the Secretary's agreement to resolve her claims against my spouse in the previously-described litigation, I renounce and agree not to pursue any present or future claim or interest that may have accrued or vested as my community property interest as the spouse or beneficiary of Robert J. Fischer, in any portion of his participant account in the Plans that is ultimately forfeited pursuant to the Consent Judgment & Order.

     I understand that as a result of my consent to this waiver, I will receive no benefits or distributions from any portion of my spouse's participant account in the Plan forfeited pursuant to the Consent Judgment.

Dated: _____, 2012

                              Signature: _____

                              Print Name: _____

## ACKNOWLEDGEMENT

State of      _____ )

                                 )ss

County of    _____ )

     On this _____ day of _____, 200___, before me, _____, Notary Public, personally appeared, _____, personally known to me OR proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledge that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person executed the instrument.

WITNESS my hand and official seal.

                              _____

                              Signature of Notary Public

WM0001923

1   MARY K. ALEJANDRO
     Acting Regional Solicitor
2   DANIELLE L. JABERG (CSBN 256653)
     Counsel for ERISA
3   Andrew J. Schultz (CSBN 237231)
     Trial Attorney
4   Office of the Solicitor
     United States Department of Labor
5   90 7th Street, Suite 3-700
     San Francisco, California 94103
6   Direct: (415) 625-7745
     Facsimile: (415) 625-7772
7   Email: schultz.andrew@dol.gov
8
     Attorneys for Plaintiff
9   United States Department of Labor

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| FRANK L. RUDY, as an individual, and in his individual capacity as a shareholder of Western Mixers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BOLSTAD, an individual; ROBERT J. FISHER, an individual, <br><br> Defendants. | Case No. 10-cv-04655-JHN (PJW) <br><br> Consolidated with: <br><br> 2:11-cv-07220 JHN (PJW) |
| HILDA L. SOLIS, <br>   Secretary of Labor, <br>   United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC., WESTERN MIXERS INC. MONEY PURCHASE PENSION PLAN, <br><br> Defendants | CONSENT JUDGMENT AND ORDER BETWEEN THE PLAINTIFF SECRETARY OF LABOR AND DEFENDANTS FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC., and the WESTERN MIXERS, INC. MONEY PURCHASE PENSION PLAN |

CONSENT JUDGMENT AND ORDER                            Page 1 of 8

WM0001924

Plaintiff HILDA L. SOLIS, Secretary of Labor, United States Department of Labor ("Secretary"), pursuant to her authority under Sections 502(a)(2) and (5) of the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(2) and (5), has filed a Complaint against Defendants FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC. ("the Company"), and the WESTERN MIXERS INC. MONEY PURCHASE PENSION PLAN ("the Plan").

    A. The Secretary, the Company, Rudy, Bolstad, Fischer, and the Plan (collectively, the "Parties") admit that the Court has jurisdiction over this action pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), and that venue lies in the United States District Court for the Central District of California pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2).

    B. The Parties agree to the entry of this Consent Judgment and Order. The Parties further agree that this Consent Judgment and Order shall fully settle all claims of the Secretary asserted in the Complaint.

    IT IS HEREBY **ORDERED, ADJUDGED,** and **DECREED** that:

1.    Judgment is hereby entered against Defendants Rudy, Bolstad, Fischer and Company in the amount of $802,901.07 ("Amount Due").

2.    Within 10 days of entry of this Consent Judgment and Order, Defendants Rudy, Bolstad and Fischer shall restore the Amount Due to the Plan as described in Paragraphs 4-7, below.

3.    Following restoration of the Amount Due as described in Paragraphs 4-7, below, the Independent Fiduciary appointed under this Consent Judgment and Order shall distribute all of the Plan's assets, $1,795,391.63, to the participants in the amounts designated on Exhibit A attached to this Consent Judgment and Order.

CONSENT JUDGMENT AND ORDER

Page 2 of 8

WM0001925

4.     The governing Plan documents are hereby amended to allow for the offset of a participant's Plan benefits against an amount that the participant is required to pay as a result of this Consent Judgment and Order.

5.     Defendant Rudy shall restore to the Plan $20,000.00.  Pursuant to ERISA Section 206(d)(4), 29 U.S.C. § 1056(d)(4), Defendant Rudy shall restore such amount by forfeiting $20,000.00 of his Plan account balance.  In so forfeiting, Defendant Rudy waives any further allocations into his Plan account and agrees that this sum offset from his Plan Account shall be reallocated to the participants listed on Exhibit A to this Consent Judgment and Order in order to satisfy Paragraphs 1 and 2 of this Consent Judgment and Order.

6.     Defendant Bolstad shall restore to the Plan $630,678.15.  Pursuant to ERISA Section 206(d)(4) of ERISA, 29 U.S.C. § 1056(d)(4), Defendant Bolstad shall restore such amount by forfeiting his entire Plan account balance in the amount of $508,161.75 and, within 10 days of the entry of this Consent Judgment and Order, by separately paying to the Plan the sum of $122,516.40.  In so forfeiting, Defendant Bolstad waives any further allocations into his Plan account and agrees that this sum offset from his Plan account shall be reallocated to the participants listed on Exhibit A to this Consent Judgment and Order in order to satisfy Paragraphs 1 and 2 of this Consent Judgment and Order. Should Defendant Bolstad fail to timely separately pay the Plan $122,516.40, the outstanding amount shall become immediately due and payable.  Interest shall accrue on the outstanding amount at the rate set forth in 26 U.S.C. § 6621 until such time as the entire outstanding amount plus any applicable interest is restored.

7.     Defendant Fischer shall restore to the Plan $152,222.92.  Pursuant to ERISA Section 206(d)(4), 29 U.S.C. § 1056(d)(4), Defendant Fischer shall restore such amount by forfeiting his entire Plan account balance in the amount of $152,222.92.  In so forfeiting, Defendant Fischer waives any further allocations into his Plan account and agrees that this sum offset from his Plan account shall be reallocated to the participants listed on

CONSENT JUDGMENT AND ORDER                                    Page 3 of 8

WM0001926

1  Exhibit A to this Consent Judgment and Order in order to satisfy Paragraphs 1 and 2 of

2  this Consent Judgment and Order.

3  8.      The spouses of Defendants Rudy, Bolstad and Fischer have consented to the offset

4  of Defendants' Plan account balances ordered in Paragraphs 5 through 7 of this Consent

5  Judgment and Order, as evidenced by the spousal consent forms submitted by the parties

6  contemporaneously with the filing of this Consent Judgment and Order ("Waiver of

7  Benefits and Spousal Consent Form").

8  9.      Defendants Rudy, Bolstad and Fischer are permanently enjoined and restrained

9  from violating the provisions of Title I of ERISA, 29 U.S.C. §§ 1001-1191c.

10  10.     Defendants Rudy, Bolstad and Fischer are hereby permanently enjoined from

11  serving as fiduciaries to any employee benefit plan governed by ERISA.

12  11.     Nicholas L. Saakvitne, of 532 Colorado Avenue, 2nd Floor, Santa Monica, Cali-

13  fornia, 90401, Phone Number 310-451-3225, shall be, and hereby is, appointed Inde-

14  pendent Fiduciary of the Plan who:

> a. Will be responsible for collecting, marshalling, paying out, and administer-
> ing Plan assets, in accordance with the distribution schedule shown in Ex-
> hibit A, which lists the exact balances due to each participant, and taking
> further action with respect to the Plan as appropriate, and, if necessary, ter-
> minating the Plan when all of its assets are distributed to all eligible partici-
> pants and beneficiaries;
>
> b. Pursuant to the procedures outlined in the Employee Benefits Security Ad-
> ministration's Field Assistance Bulletin 2004-02, must exercise reasonable
> care and diligence to identify and locate each Plan participant and benefici-
> ary who is eligible to receive a distribution under the terms of the Plan to
> the extent the Plan has distributable assets;
>
> c. Has all the rights, duties, discretion and responsibilities of a trustee, fiduci-
> ary and Plan Administrator under ERISA, including filing a final Form
> 5500;

CONSENT JUDGMENT AND ORDER                                      **Page 4 of 8**

WM0001927

d. Has the authority to delegate or assign fiduciary duties as appropriate and allowed under the law and may retain assistance as needed including attorneys, accountants, actuaries and other service providers;

e. Shall have full access to all data, information and calculations in the Plan's possession and under its control, including information and records maintained by the Plan's custodial trustee or service provider;

f. Shall have the authority to give instructions respecting the disposition of assets of the Plan;

g. Shall comply with all applicable rules and laws;

h. Shall be entitled to reasonable compensation, fees and expenses, paid by Defendant Western Mixers, Inc. Defendant Western Mixers, Inc. shall pay such reasonable compensation, fees and expenses within 30 days of receiving an invoice from the Independent Fiduciary. Assets of the Plan shall not be used to satisfy this obligation.

12.   Within 10 days of the entry of this Consent Judgment and Order, the Independent Fiduciary shall take all steps necessary to complete the offsets ordered in Paragraphs 5 through 7 of this Consent Judgment and Order.

13.   The Independent Fiduciary shall provide evidence of payment of the Amount Due to the Secretary within twenty (20) calendar days of said payment.

14.   Upon Defendants' restoration of the Amount Due, Defendants Rudy, Bolstad and Fischer shall be assessed a penalty under Section 502(l) of ERISA, 29 U.S.C. § 1132(l), in the amount of 20 percent of the applicable recovery amount, or $4,000.00 for Defendant Rudy, $126,136.83 for Defendant Bolstad and $30,444.58 for Defendant Fischer ("Penalty Amounts"). Defendants Rudy, Bolstad and Fischer waive the notice of assessment and service requirement of 29 C.F.R. § 2570.83. Upon assessment, Defendants Rudy, Bolstad and Fischer shall submit immediate payment of the Penalty Amount to the address listed in this Paragraph unless any such Defendant files a petition for waiver or reduction of the penalty as provided for in 29 C.F.R. §§ 2570.83–2570.87 and the

CONSENT JUDGMENT AND ORDER                                           Page 5 of 8

WM0001928

1   Secretary agrees to waive or reduce the penalty.  Defendants Rudy, Bolstad and Fischer

2   may not challenge the applicable recovery amount, the validity of the violations alleged,

3   or their liability for the violations.  Defendants Rudy, Bolstad and Fischer shall pay the

4   Penalty Amount to the United States Department of Labor, by sending a certified or

5   cashiers check payable to the United States Department of Labor (please write EBSA

6   Case No. 72-031855(48) on the check) at the following address:

7           U.S. Department of Labor

8           ERISA -- Civil Penalty

9           P.O. Box 71360

10          Philadelphia, PA 19176-1360

11  15.    Wherever submission to the Secretary is required under the terms of this Consent

12  Judgment and Order, such submission shall be made to:

13          Regional Director

14          Employee Benefits Security Administration

15          United States Department of Labor

16          1055 E. Colorado Blvd., Ste 200

17          Pasadena, CA 91106-2357

18  16.    Following the appointment of the Independent Fiduciary identified in Paragraph

19  11 of this Consent Judgment and Order, Defendant Company is hereby removed as Plan

20  Administrator and as fiduciary to the Plan.

21  17.    Following the appointment of the Independent Fiduciary identified in Paragraph

22  11 of this Consent Judgment and Order, Defendants Rudy and Bolstad are hereby re-

23  moved as Plan Trustee and as fiduciary to the Plan.

24  18.    Defendants Company, Rudy, Bolstad and Fischer shall cooperate fully with the

25  Independent Fiduciary herein appointed by the Court in providing documents or infor-

26  mation that Defendants may have relevant to the Plan's administration and management.

27  19.    Defendants Company, Rudy, Bolstad and Fischer shall instruct the Plan's current

28  third party administrator, custodian, and any other Plan service provider to cooperate

CONSENT JUDGMENT AND ORDER                                    Page 6 of 8

WM0001929

1   with the Independent Fiduciary, and shall serve a copy of this Consent Judgment and

2   Order on said persons.

3   20.   The Secretary and Defendants shall each bear their own costs, expenses, and at-

4   torney's fees incurred to date in connection with any stage of this proceeding, including

5   but not limited to attorney's fees which may be available under the Equal Access to Jus-

6   tice Act, as amended.

7   21.   Defendants expressly waive any and all claims of any nature which they have or

8   may have against the Secretary, the United States Department of Labor, or any of its of-

9   ficers, agents, attorneys, employees, or representatives, arising out of or in connection

10   with the allegations contained in the Complaint on file in this action, or any other pro-

11   ceedings or investigation incident thereto or based on the Equal Access to Justice Act, as

12   amended.

13   22.   Nothing in this Consent Judgment and Order is binding on any governmental

14   agency other than the United States Department of Labor, Employee Benefits Security

15   Administration.

16   23.   This Court retains jurisdiction of this action for purposes of enforcing compliance

17   with the terms of this Consent Judgment and Order.

18   24.   By signing their names to this Consent Judgment and Order, the parties represent

19   that they are informed and understand the effect and purpose of this Consent Judgment

20   and Order.

21

22   The Court directs the entry of this Consent Judgment and Order as a final order.

23

24       IT IS SO **ORDERED, ADJUDGED,** and **DECREED.**

25

26

27       Dated: _____          _____

28                                          United States District Judge

CONSENT JUDGMENT AND ORDER                            **Page 7 of 8**

WM0001930

Entry of this Consent Judgment and Order is hereby consented to:

M. PATRICIA SMITH
Solicitor of Labor

MARY K. ALEJANDRO
Acting Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA

Dated: _____          _____
                                   ANDREW J. SCHULTZ

                                   Trial Attorney
                                   Attorneys for Plaintiff

Defendants consent to the entry of this Consent Judgment and Order:

Dated: _____          _____
                                   DAVID H. BOLSTAD,
                                   Individually and on behalf of Defen-
                                   dant the Western Mixers, Inc. Money
                                   Purchase Pension Plan

Dated: _____          _____
                                   NICHOLAS J. WADDLES
                                   Seyfarth Shaw LLP
                                   on behalf of Defendant WESTERN
                                   MIXERS, INC.

Dated: _____          _____
                                   FRANK L. RUDY
                                   Defendant

Dated: _____          _____
                                   ROBERT J. FISCHER
                                   Defendant

CONSENT JUDGMENT AND ORDER                              Page 8 of 8

WM0001931

**EXHIBIT A**
**TO CONSENT JUDGMENT**

| Participant Name | Final Balances |
|---|---|
| Bolstad, David H | $    0.00 |
| Bolstad, David H Jr | 55,219.82 |
| Bolstad, Kristin | 44,935.04 |
| Bolstad, Michelle | 5,602.29 |
| Bolstad, Stephen R. | 31,743.34 |
| Calvano, Peter | 87,174.22 |
| Conlon, Mark | 43,508.09 |
| Espinosa, Margarito M | 32,791.39 |
| Fischer, Robert J | 0.00 |
| Foster, Jeffrey | 75,532.10 |
| Goldman, Burt | 69,434.83 |
| Grinstead, Leslie | 129,036.70 |
| Juarez, Hugo | 23,474.44 |
| Koga, Dick | 352,347.80 |
| Osborne, Greg | 35,041.13 |
| Quintanilla, Melvin W | 6,675.21 |
| **Rudy, Frank L** | **292,673.06** |
| Rudy, Mark F | 114,705.25 |
| Vasquez, Marcelino | 39,265.59 |
| Villescas, Absalom | 14,403.65 |
| Akahoshi, Greg | 4,693.93 |
| Bolstad, William C | 264,174.02 |
| Garcia, Radames | 191.39 |
| Hernandez, Luciano | 4,902.72 |
| Hernandez, Walter | 120.02 |
| Minguela Vasquez, J. C. | 4,579.60 |
| Munoz, Antonio | 2,447.61 |
| Nader Margaret | 10,469.77 |
| Patruno, Luke Sr | 13,736.45 |
| Peraza, Jose | 7,437.70 |
| Quiroz, Constantino A | 2,379.61 |
| Ramos, Carlos | 2,197.30 |
| Salinas, Herminio | 3,299.54 |
| Torres, Manilo | 526.73 |
| Vasquez, Jose G | 6,829.02 |
| Vega, Macario | 1,711.43 |
| Vela, Reyshell | 12,130.84 |
| **Total** | **$ 1,795,391.63** |

WM0001932

44

Subj:    **RE: DOL**
Date:    3/23/2012 3:43:12 P.M. Pacific Daylight Time
From:    NWaddles@seyfarth.com
To:    bobf@westernmixers.com

Hi Bob - sorry to hear you're still out.  Happy to chat but since Tami was representing you in the litigation I'm not able to advise you about signing the documents.

Nick

**Nicholas J. Waddles, Esq. | Seyfarth Shaw LLP**
One Century Plaza | 2029 Century Park East | Suite 3500
Los Angeles, California 90067-3021
Direct Dial: (310) 201-1525 | Direct Fax: (310) 282-6948
nwaddles@seyfarth.com| www.seyfarth.com

---

**From:** Bob Fischer [mailto:bobf@westernmixers.com]
**Sent:** Friday, March 23, 2012 2:30 PM
**To:** Waddles, Nicholas
**Subject:** DOL

Hi Nick,
  Could you please call me regarding the documents I need to sign that Tami sent today.

  I'm still on disability due to the amputations; so please call me at home:  909-596-0685.
Thanks,

Bob Fischer
Direct Line 323-443-2551
Main Line  323-344-5270
Fax  323-344-5282
www.westernmixers.com

---

Any tax information or written tax advice contained herein (including any atta
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations

The information contained in this transmission is attorney privileged and/or
If the reader of this message is not the intended recipient, you are hereby n

**45**

| 3/23/2012 TKL | A109 Appear for/attend | | |
| | Attend Telephone conference meeting with client Bob Fischer to explain terms of Date of loss's consent decree and para 14 seeking personal payment of penalties under ERISA 502(1) | 0.90 150.00/hr | 135.00 |
| TKL | A103 Draft/revise | | |
| | Review and analysis of correspondence from Nick Waddles and draft correspondence in Response to same regarding consent decree impacting Bob Fischer. | 0.20 150.00/hr | 30.00 |
| TKL | A103 Draft/revise | | |
| | Draft correspondence to client Bob Fischer regarding consent decree and spousal waiver pertaining to waiver of entire pension account balance. | 0.10 150.00/hr | 15.00 |
| TKL | A109 Appear for/attend | | |
| | Attend Telephone conference meeting with client's pension counsel, Nick Waddles, to develop arguments to resolve Date of loss's latest claims for client's payment of ERISA 502 (1) penalties. | 0.60 150.00/hr | 90.00 |

WM0002022

Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2012 | TKL | A107 Communicate (outside counsel)<br>Conference call with Andrew Schultz regarding declaration for waiver<br>of 502(1) penalties and EBSA's position on potentially waiving<br>penalties against clients. | 0.50<br>150.00/hr | 75.00 |
|  | TKL | A104 Review/analyze<br>Final review and analysis of Department of Labor consent decree and<br>confirm terms the parties agreed upon. | 0.90<br>150.00/hr | 135.00 |

3/27/2012

3/28/2012

3/30/2012

3/30/201:

**46**

| ACCT # | DESCRIPTION | 2/28/2011 ADJUSTED BALANCES | | | | 2/28/2012 ADJUSTED BALANCES | |
|---|---|---|---|---|---|---|---|
| | WESTERN MIXERS | | | | | | |
| | WORKING TRIAL BALANCE | | | | | | |
| | FYE 2/29/2012 | | | | | | |
| | | DR | CR | DR | CR | DR | CR |
| 105 | CASH | 0 | | | | | |
| | | 286,237 | | 56,434 | | 342,671 | |
| 108 | INVENTORY | 833,534 | | 299,721 | | 1,133,255 | |
| 119 | EMP. LOANS REC. | 0 | | | | | |
| 121 | A/R | 2,118,214 | | 78,692 | | 2,196,906 | |
| | MORTGAGE REC. | 0 | | | | | |
| | DEPRECIABLE ASSETS | 1,483,192 | | 22,895 | | 1,506,087 | |
| | DEPRECIATION | | 1,083,737 | | | | 1,083,737 |
| | | 4,721,177 | 1,083,737 | | | 5,178,919 | 1,083,737 |
| | | 3,637,440 | | | | 4,095,182 | |
| 313 | ACCTS. PAYABLE | | 2,315,965 | 299,503 | | | 2,615,468 |
| 319 | FRAN TAX | | 0 | | | | |
| | FED TAX | | 0 | | | | |
| 385 | CONTRACTS S/HOLDER | | 1,753,372 | 930,980 | | | 822,392 |
| | DHB LOAN PAYABLE | | 150,000 | 900,000 | | | 1,050,000 |
| | FLR LOAN PAYABLE | | 140,000 | | | | 140,000 |
| 413 | CAPITAL STOCK | | 5,000 | | | | 5,000 |
| 426 | R/E DEFICIT | 726,897 | | 189,218 | | 537,679 | |
| | | 726,897 | 4,364,337 | | | 537,679 | 4,632,860 |
| | | | 3,637,440 | | | | 4,095,181 |
| | TOTALS | 14,533,588 | 14,533,588 | | | | |
| 501 | SALES: | | | | | | |
| | PRODUCE | | 9,162,656 | | 9,892,918 | | 9,892,918 |
| | NUTS | | 12,879,611 | | 15,749,236 | | 15,749,236 |
| | JAILS | | 4,407,242 | | 4,233,534 | | 4,233,534 |
| 502 | RETURNS: | | | | | | |
| | PRODUCE | 10,456 | | 15,863 | | 15,863 | |
| | NUTS | 156,688 | | 255,325 | | 255,325 | |
| | OTHER | 65,927 | | 46,121 | | 46,121 | |
| | RENTAL INCOME | | 198,000 | | 206,400 | | 206,400 |
| | INTEREST INCOME | | 0 | | | | |
| 701 | PURCHASES | 20,720,000 | | 23,202,925 | | 23,202,925 | |
| 702 | FREIGHT | 544,553 | | 633,951 | | 633,951 | |
| 703 | PALLETS | 30,370 | | 40,269 | | 40,269 | |
| 704 | INSPECTIONS | 34,345 | | 87,914 | | 87,914 | |
| 705 | COMMISSIONS | 58,772 | | 62,154 | | 62,154 | |
| 706 | PACKING MATERIALS | 405,241 | | 659,154 | | 659,154 | |
| 801 | ADVERTISING | 18,597 | | 31,278 | | 31,278 | |
| 817 | CONTRIBUTIONS | 1,000 | | 4,807 | | 4,807 | |
| 818 | BANK CHARGES | 13,250 | | 9,275 | | 9,275 | |
| 823 | DEPRECIATION | 55,725 | | | | | |
| 824 | JANITOR | 0 | | 1,075 | | 1,075 | |
| 825 | DUES & SUBS | 2,276 | | 2,016 | | 2,016 | |
| 829 | EQUIP/TRUCK RENT | 122,779 | | 155,729 | | 155,729 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 830 | MEALS | 0 | | 594 | | 594 | |
| 831 | INTEREST | 25,738 | | 35,913 | | 35,913 | |
| 832 | CREDIT CARD DISC | 9,235 | | 11,176 | | 11,176 | |
| 833 | INSURANCE | 146,695 | | 186,716 | | 186,716 | |
| 834 | INS- GROUP HLTH | 221,920 | | 305,530 | | 305,530 | |
| 839 | LEGAL & ACCTG | 78,641 | | 105,800 | | 105,800 | |
| 840 | WAGES | 1,919,797 | | 1,878,765 | | 1,878,765 | |
| 843 | MAINT & REPAIRS | 39,031 | | 22,659 | | 22,659 | |
| 844 | IT SERVICES | 21,930 | | 28,605 | | 28,605 | |
| 845 | MISC | 2,560 | | 843 | | 843 | |
| 847 | OFFICE EXP | 27,774 | | 32,204 | | 32,204 | |
| 848 | OUTSIDE SEVICES | 130,523 | | 290,131 | | 290,131 | |
| 849 | OUTSIDE CONSULTING | 140,747 | | 118,760 | | 118,760 | |
| 851 | OFFICER SALARIES: | | | | | | |
| | DHB PRES | 294,864 | | 340,536 | | 340,536 | |
| | FLR SEC | 42,016 | | 42,016 | | 42,016 | |
| | RJF CFO | 168,092 | | 174,711 | | 174,711 | |
| 853 | POSTAGE | 1,840 | | 457 | | 457 | |
| 859 | RENT | 427,700 | | 470,400 | | 470,400 | |
| 864 | SECURITY SYSTEM | 5,160 | | 11,785 | | 11,785 | |
| 865 | LICENSES | 4,408 | | 7,378 | | 7,378 | |
| 866 | TAXES - LA CITY | 3,456 | | 28,704 | | 28,704 | |
| 867 | FRANCHISE TAX | 800 | | 8,965 | | 8,965 | |
| 868 | P/R TAXES | 182,137 | | 167,722 | | 167,722 | |
| 869 | PROP TAX | 68,662 | | 81,744 | | 81,744 | |
| 872 | TRUCKS | 4,438 | | 0 | | 0 | |
| 875 | TELEPHONE | 31,900 | | 36,917 | | 36,917 | |
| 876 | FED EX/ UPS | 82,934 | | 72,842 | | 72,842 | |
| 877 | TRAVEL | 831 | | 2,345 | | 2,345 | |
| 879 | UTILITIES | 131,409 | | 131,263 | | 131,263 | |
| 880 | UNIFORMS | 0 | | 0 | | 0 | |
| 885 | WAREHOUSE EXP | 57,246 | | 69,963 | | 69,963 | |
| 886 | REFUSE DISPOSAL | 4,600 | | 19,571 | | 19,571 | |
| | | 26,517,063 | 26,647,509 | 29,892,870 | 30,082,088 | 29,892,870 | 30,082,088 |
| | | | | | | | |
| | NET INCOME | | 130,446 | | 189,218 | | 189,218 |
| | | | | | | | |
| | FIXED ASSETS ADDED | | | | | | |
| | | 1,025.00 | | | | | |
| | | 1,120.00 | | | | | |
| | | 2,145.00 | 201 | 8/22/2011 | STEEL TABLE | | |
| | | 6,843.00 | 201 | 1/26/2012 | PACKING MACH | | |
| | | 8,001.15 | 201 | 2/22/2012 | SCALE | | |
| | | 713.92 | 201 | 9/22/2011 | HEATER | | |
| | | 1,900.00 | 201 | 3/24/2011 | STEEL TABLE | | |
| | | 1,700.00 | 201 | 4/10/2011 | STEEL TABLE | | |
| | | 1,591.93 | 201 | 6/2/2011 | WOODMAN JAWS | | |
| | | | | | | | |
| | | 22,895.00 | | | | | |

47

Tami Kay Lee

| | |
|---|---|
| From: | Waddles, Nicholas [NWaddles@seyfarth.com] |
| Sent: | Thursday, February 09, 2012 11:35 PM |
| To: | Schultz, Andrew - SOL |
| Cc: | Tami Kay Lee; Rebecca Mocciaro; abrucker@pensionlawyers.com; Andy Turner |
| Subject: | DOL v. Bolstad/Rudy (for settlement purposes only) |
| Attachments: | DOL v. Bolstad/Rudy (for settlement purposes only).XLS; DOL CALCULATOR - UNPAID CONTRIBUTIONS.pdf; DOL CALCULATOR - OVER CONTRIBUTIONS.pdf |

CONFIDENTIAL PURSUANT TO FRE 408 - FOR SETTLEMENT PURPOSES ONLY

Mr. Schultz,

I am providing the attached information only for purposes of our settlement discussions tomorrow. In an effort to achieve a workable settlement, we have revised the participant account balances generally in accordance with the DOL's position (as expressed in your email from yesterday).

These amounts were prepared by Patsy Fields of Jack Cross & Associates. Ms. Fields will be available by telephone for a limited period of time tomorrow to explain the various calculations.

**Nicholas J. Waddles, Esq. | Seyfarth Shaw LLP**
One Century Plaza | 2029 Century Park East | Suite 3500
Los Angeles, California 90067-3021
Direct Dial: (310) 201-1525 | Direct Fax: (310) 282-6948
nwaddles@seyfarth.com| www.seyfarth.com

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.
If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

1

WM0001890

VFCP Calculator - Final Results

Page 1 of 1

Employee Benefits Security Administration

DOL > EBSA > Compliance Assistance > VFCP Calculator

### VFCP Calculator - Final Results

Lost Earnings and Interest, if any, (\$603,718.85) exceed Restoration of Profits (\$0.00). Therefore the amount owed to the plan is: \$603,718.85. Note: This amount does not include any Principal Amount that may also need to be paid to the plan. Check the specific transaction to determine if the Principal Amount must be paid.

#### Lost Earnings

| Principal | Loss Date | Recovery Date | Final Payment Date | Amount Due |
|---|---|---|---|---|
| \$180,000.00 | 11/15/2006 | 10/16/2007 | 10/17/2007 | \$36,236.30 |
| \$50,000.00 | 11/15/2006 | 11/04/2008 | 11/07/2008 | \$10,874.08 |
| \$81,433.49 | 11/15/2006 | 10/31/2006 | 10/31/2006 | \$79,000.87 |
| \$117,345.61 | 11/14/2007 | 10/12/2006 | 10/13/2006 | \$45,301.60 |
| \$120,000.00 | 11/15/2006 | 07/10/2006 | 07/10/2006 | \$46,666.77 |
| \$60,793.14 | 11/15/2006 | 12/13/2006 | 12/13/2006 | \$17,615.63 |
| \$50,000.00 | 11/15/2011 | 11/11/2006 | 11/16/2006 | \$46,231.70 |
| \$91,455.61 | 11/15/2006 | 11/20/2011 | 11/21/2011 | \$39,290.31 |
| \$185,451.96 | 11/15/2006 | 11/20/2011 | 11/21/2011 | \$154,839.25 |
| \$190,451.01 | 12/15/2006 | 11/20/2011 | 11/21/2011 | \$136,066.87 |

Total Lost Earnings: \$603,718.85

#### Restoration of Profits

No Restoration of Profits data entered.

Disclaimer and Limitations

The VFCP Calculator provides a methodology for calculating lost earnings. The Department does not monitor any data you enter, and your use of the Calculator does not create any records on our system. Your may save your results by printing a copy or copying/pasting a copy into a document for your own use and before leaving this session.

For more information on this collection, use of the information and identifying information, see the Department's Privacy and Security Statement.

The VFCP Online Calculator does not evaluate whether corrections are made available for relief or application under the VFCP. Use of the VFCP Online Calculator does not grant to or on behalf of any person any right or benefit of any kind.

FAQs | Freedom of Information Act | Privacy & Security Statement | Disclaimers | Important Notices | Contact Us

U.S. Department of Labor | Employee Benefits Security Administration, 200 Constitution Avenue, NW, Washington, DC 20210
www.dol.gov | Telephone: 1-866-444-EBSA (3272) | TTY: 1-877-889-5627

WM0001891

VFCP Calculator - Final Results

Employee Benefits Security Administration

EBSA > Compliance Assistance > VFCP Calculator

**Contact Us**
- Request Assistance
- Solicud de Asistencia

**About EBSA**
- EBSA Offices
- Organization Chart

**FAQs**

**Consumer Information**
- Health Plans
- Retirement Plans
- Retirement Savings

**Laws and Regulations**
- Final Rules
- Notices
- Proposed Rules
- Public Comments

**Technical Guidance**
- Advisory Opinions
- Exemptions
- Field Bulletins
- Information Letters
- Interpretive Bulletins
- EO 12866 Guidance

**Compliance Assistance**
- Abandoned Plans
- Correction Programs
- Fiduciary Education
- For Health Plans
- For Retirement Plans
- For Small Employers
- Reporting and Filing
- 401(k) Plans
- Webcasts

## VFCP Calculator - Final Results

Lost Earnings and interest, if any, ($101,724.35) exceed Restoration of Profits ($0.00). Therefore the amount due to the plan is: $101,724.35.
Notes: This amount does not include any Principal Amount that may also need to be paid to the plan. Check the specific transaction to determine if the Principal Amount must be paid.

### Lost Earnings

| Principal | Loss Date | Recovery Date | Final Payment Date | Amount Due |
|---|---|---|---|---|
| $4,302.99 | 11/14/1994 | 12/1/2011 | 12/31/2011 | $14,461.97 |
| $56,278.19 | 12/15/1995 | 12/1/2011 | 12/31/2011 | $167,584.52 |
| $17,435.03 | 11/1/1996 | 12/1/2011 | 12/31/2011 | $44,677.06 |
| $55,000.00 | 11/14/1997 | 12/1/2011 | 12/31/2011 | $131,136.72 |
| $74,422.77 | 8/1/1998 | 12/1/2011 | 12/31/2011 | $37,200.18 |
| $31,374.10 | 11/1/1999 | 10/1/2011 | 12/31/2011 | $53,841.84 |

Total Lost Earnings: $101,724.35

### Restoration of Profits

No Restoration of Profits calculations entered.

**Disclaimer and Limitations**
The VCP Department of Labor is not responsible for any loss of calculations and data. The Department does not monitor data you enter online, and you cannot save calculations online. You must enter your data by printing a copy or by copying/pasting a copy into a text document on your computer before beginning your session.

For more information on the collection, use and disclosure of personally identifying information, see the Department's Privacy and Security Statement.

The VFCP Online Calculator is a compliance assistance tool and is made available to facilitate applications under the VFCP. Use of the VFCP Online Calculator does not create or confer legally enforceable rights upon any person or entity.

Start Over

FAQs | Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Notices | Contact Us

U.S. Department of Labor | Frances Perkins Building, 200 Constitution Avenue, NW, Washington, DC 20210
www.dol.gov | Telephone: 1-866-4-USA-DOL (1-866-487-2365) | TTY: 1-877-889-5627

WM0001892

Confidential pursuant to FRE 408 – STRICTLY FOR SETTLEMENT DISCUSSION PURPOSES ONLY

MONEY PURCHASE PENSION PLAN
SCHEDULE OF PARTICIPANT BALANCES
As of December 31, 2011

| Participant Name | DATE OF TERM | 2/28/2011 Balance | ALLOCATE PRO TRANS | ALLOCATE L/D | Pay/Accrued Contribution | Outstanding Loan Value | Distributions | Forfeiture | 12/31/2011 Balance | Vested % | Substantial Current Value | 12/31/2011 Distribution Value | Non-Owner/Fiduciaries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WM0001893

**48**

### NICHOLAS L. SAAKVITNE
A LAW CORPORATION

NICHOLAS L. SAAKVITNE
ATTORNEY, ERISA FIDUCIARY
———
STEVEN E. ROSEBAUGH
ADMINISTRATOR & BUSINESS MANAGER

532 COLORADO AVENUE, SECOND FLOOR
SANTA MONICA, CALIFORNIA 90401-2408
(310) 451-3225    FAX (310) 451-9089
E-MAIL saaklaw@aol.com
www.erisafiduciary.com

MICHELINE HIMES
ORPHAN PLANS COORDINATOR
———
SHARON L. HERITAGE
BENEFITS COORDINATOR
(877) 385-9111

ERISA FIDUCIARY SERVICES • EMPLOYEE BENEFITS LAW

July 5, 2012

Mr. Robert J. Fischer
4938 Via Alista
Laverne, CA 91750

### RE: Western Mixers, Inc. Money Purchase Pension Plan
*Notice of 2012 Form 1099-R Reportable Event*

Dear Mr. Fischer:

Please be advised that you will be receiving a 2012 Form 1099-R showing your taxable receipt of $152,222.92 from the Western Mixers, Inc. Money Purchase Pension Plan due to the benefit offset in the Consent Judgment & Order Between the Plaintiff Secretary of Labor and Defendants Frank L. Rudy, David H. Bolstad, Robert J. Fischer, Western Mixers, Inc. and the Western Mixers, Inc. Money Purchase Pension Plan. The 2012 Form 1099-R will show that no taxes have been withheld.

You may owe federal and/or state income taxes on the above distribution. You are encouraged to discuss this with your tax professional.

Sincerely,

NICHOLAS L. SAAKVITNE
Plan Trustee, Plan Administrator and Independent
Fiduciary for the Western Mixers, Inc. Money
Purchase Pension Plan

cc: Sandra Corral for U.S. Department of Labor

**49**

**Desiree Marquez**

From:       Desiree Marquez
Sent:       Monday, July 16, 2012 8:29 AM
To:         Desiree Marquez
Subject:    FW: Solis v. Rudy et al. February 10 Meeting

---

**From:** davidb@westernmixers.com [mailto:davidb@westernmixers.com]
**Sent:** Friday, February 03, 2012 12:02 PM
**To:** 'Bob Fischer'; Tami Kay Lee; 'Waddles, Nicholas'
**Subject:** RE: Solis v. Rudy et al. February 10 Meeting

GOODMORNING ALL - IS IT POSSIBLE FOR BOB TO GIVE NICK HIS FULL SETTLEMENT AUTHORITY ON ANYTHING THAT PERTAINS TO HIM? ALSO, IS IT POSSIBLE TO CONFERENCE HIM IN VIA "SKYPE" OR SOME OTHER SYSTEM ?  JUST HOPING WE CAN END THIS THING . – THANKS –DAVE

---

**From:** Bob Fischer [mailto:bobf@westernmixers.com]
**Sent:** Friday, February 03, 2012 11:24 AM
**To:** 'Tami Kay Lee'; davidb@westernmixers.com; 'Waddles, Nicholas'
**Subject:** RE: Solis v. Rudy et al. February 10 Meeting

Dear Lady and Gents,

My health condition has changed since  I last stated that I would be available on Feb 10.  I have been hoping that my condition would be improving, when in fact it has been getting worse.

I can attend provided I can get wheelchair transportation from La Verne to Pasadena.   But I have no control over the length of time I can stay.  Once the pain starts to kick in, in my feet and legs.....I'm out of there.  Yesterday my wife took me to a Doctor's appointment and on the way home I had to have her pull off the frwy so I could stand up to get my circulation going again.

Nick,  can you get Patsy Fields to attend?  I think Rebbecca is requesting a TPA be present and she knows the numbers.

I'm sorry to have to lay this on you now, but like I said, I have been hoping to be in better condition.

You can reach me at 909-772-2244 (cell).
Thanks,


Bob Fischer
Direct Line 323-443-2551
Main Line  323-344-5270
Fax  323-344-5282
www.westernmixers.com

---

**From:** Tami Kay Lee [mailto:tkl@pkslp.com]
**Sent:** Friday, February 03, 2012 9:47 AM
**To:** Schultz, Andrew - SOL; Waddles, Nicholas; Andy Turner; Rebecca Mocciaro; ALEX M. BRUCKER
**Cc:** Desiree Marquez
**Subject:** RE: Solis v. Rudy et al. February 10 Meeting

Andrew,

1

Thank you for your message. We have confirmation of both David Bolstad's and Bob Fischer's attendance on February 10 in Pasadena. Please let me know about our cut off dates problem...

Tami Kay Lee

 P.K. SCHRIEFFER LLP

www.pksllp.com
Los Angeles * San Diego
100 North Barranca Ave., 11th Floor
West Covina, California 91791

Phone:        626.373.2444
Facsimile:    626.974.8403
E-mail:       tkl@pksllp.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THIS MESSAGE IS A TRANSMISSION ERROR, GOING TO AN INCORRECT PARTY, PLEASE RETURN NOTICE TO THE SENDER AND DESTROY AND/OR DELETE THE RECEIVED COPY. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Schultz, Andrew - SOL [mailto:Schultz.Andrew@dol.gov]
**Sent:** Friday, February 03, 2012 9:46 AM
**To:** Waddles, Nicholas; Andy Turner; Tami Kay Lee; Rebecca Mocciaro; ALEX M. BRUCKER
**Subject:** Solis v. Rudy et al. February 10 Meeting

This message is a reminder of our meeting to discuss resolving the litigation involving the Western Mixers Inc. Money Purchase Pension Plan scheduled for Friday February 10th at 10:00AM in EBSA's offices at 1055 E. Colorado Blvd. Suite 200.

Though we did not discuss this previously I think it is best if all of our clients can attend the meeting (or if the lawyers have full settlement authority). Please you confirm whether any or all of your clients will attend the meeting.

Also, I would like to get the most recent statement or accounting of the Plan's assets if that information has changed from August 2011.

Thank you and I look forward to our meeting,
Andrew

Andrew J. Schultz
Trial Attorney
Office of the Solicitor
United States Department of Labor
90 7th St., Suite 3-700
San Francisco, CA 94103
Phone: 415-625-7745
Fax:   415-625-7772

This message may contain information that is privileged or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this e-mail in error, please notify the sender immediately.

2

**50**

## Tami Kay Lee

**From:** Bob Fischer [bobf@westernmixers.com]
**Sent:** Monday, March 26, 2012 10:33 AM
**To:** Tami Kay Lee

Thanks

Bob Fischer
Direct Line 323-443-2551
Main Line  323-344-5270
Fax  323-344-5282
www.westernmixers.com

---

**From:** Tami Kay Lee [mailto:tkl@pksllp.com]
**Sent:** Monday, March 26, 2012 10:22 AM
**To:** Bob Fischer
**Subject:** RE: Consent Judgement

Yes, just got your voice mail…will call in ½ hr. thanks Bob

Tami Kay Lee

 P.K. SCHRIEFFER LLP

www.pksllp.com
Los Angeles * San Diego
100 North Barranca Ave., 11th Floor
West Covina, California  91791

| | |
|---|---|
| Phone: | 626.373.2444 |
| Facsimile: | 626.974.8403 |
| E-mail: | tkl@pksllp.com |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THIS MESSAGE IS A TRANSMISSION ERROR, GOING TO AN INCORRECT PARTY, PLEASE RETURN NOTICE TO THE SENDER AND DESTROY AND/OR DELETE THE RECEIVED COPY. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bob Fischer [mailto:bobf@westernmixers.com]
**Sent:** Monday, March 26, 2012 10:23 AM
**To:** Tami Kay Lee
**Subject:** Consent Judgement

Tami,
Just following up on the voicemail I left this am.  Please call me when convenient 909-596-0685.
Thank you

Bob Fischer
Direct Line 323-443-2551
Main Line  323-344-5270
Fax  323-344-5282
www.westernmixers.com

40

WM 0001818

**51**

**Desiree Marquez**

| | |
|---|---|
| From: | Desiree Marquez |
| Sent: | Monday, July 16, 2012 8:28 AM |
| To: | Desiree Marquez |
| Subject: | FW: Rudy v. Bolstad/Fischer; SAF.493 |
| Attachments: | ORDER re Consent Judgment_ECF134.pdf |

**From:** Tami Kay Lee
**Sent:** Tuesday, July 03, 2012 9:02 AM
**To:** 'Robert Fischer'
**Cc:** 'davidb@westernmixers.com'; Desiree Marquez
**Subject:** Rudy v. Bolstad/Fischer; SAF.493

Dear Bob,

Please note that our firm is withdrawing from representing you pursuant to instructions by David Bolstad. We will provide the remaining responses to the EBSA's last recent inquiry regarding your prior years' tax returns and remaining assets to address the 502 penalties and will direct them to address directly with you their remaining questions regarding your financial status as we will not be able to do this.

Our withdrawal from representing you also is due to a current conflict of interest due to pending allegations against you by Western Mixers for embezzlement. This has caused us to be unable to further represent you. Please also note that (as we have stated to you a number of times) the Consent Judgment is **finalized**, and the Court's file on the Rudy matter is fully closed. Because there is an entry of judgment, the DOL does not file a dismissal. We have previously forwarded you the attached, and it is attached again here for your convenience.

Please also note that any issues or disputes you have with the negotiation of the Consent Judgment was conducted fully by Nick Waddles. As you are fully aware, our retainer agreement (which you signed) narrowly limited our representation to the litigation aspects of the Rudy matter, and nothing relating to negotiation of the Consent Judgment as that had cross-overs with the Rudy buy-out in which we did not participate, and of necessarily impact negotiation with the Consent Judgment. Negotiation on the Consent Judgment began way before (in 2007) our retention to defend the complaint by the DOL which further separated us from that negotiation and of which we had no information to work with in order to engage in settlement negotiations relating to the DOL and the Consent Judgment, because again, that aspect was handled by Nick Waddles and the DOL.

Tami Kay Lee



www.pksllp.com
Los Angeles * San Diego
100 North Barranca Ave., 11th Floor
West Covina, California  91791

| | |
|---|---|
| Phone: | 626.373.2444 |
| Facsimile: | 626.974.8403 |
| E-mail: | tkl@pksllp.com |

1

52

Subj:   **SUBJECT NPB XLS**
Date:   7/9/2012 8:03:36 A.M. Pacific Daylight Time
From:   davidb@westernmixers.com
To:     RobertF531@aol.com

BOB – I HAVEN'T RECEIVED ANY EXPLANATION FROM YOU FOR THE CHECKS YOU WROTE FROM THE COMPANY ACCOUNT TO YOURSELF, OR THE CHECKS YOU WROTE TO THE FRANCHISE TAX BOARD FOR YOUR PERSONAL TAXES. SO FAR THESE CHECKS NOW TOTAL $ 376,853.61, NOT INCLUDING THE UNAUTHORIZED PAYROLL INCREASES YOU GAVE YOURSELF.

WE HAVE TURNED THIS INFORMATION OVER TO THE PROPER AUTHORITIES AND YOUR TERMINATION AS AN EMPLOYEE AND OFFICER OF WESTERN MIXER'S IS EFFECTIVE IMMEDIATELY.  PLEASE RETURN ALL COMPANY PROPERTY IN YOUR POSSESION TO ME NO LATER THAN FRIDAY 7/13/2012.

DAVID BOLSTAD, CEO

WESTERN MIXER'S PRODUCE AND NUTS,INC.

53

# Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC493701
WESTERN MIXERS INC VS ROBERT J. FISCHER ET AL

**Filing Date:** 10/11/2012
**Case Type:** Fraud (no contract) (General Jurisdiction)
**Status:** Pending

**Future Hearings**

**02/08/2013** at 08:30 am in department 53 at 111 North Hill Street, Los Angeles, CA 90012
Conference-Case Management

Documents Filed | Proceeding Information

**Parties**

DOES 1-25 - Defendant/Respondent

FISCHER ROBERT J - Defendant/Respondent

MARTIN MICHAEL G. ESQ. - Attorney for Plaintiff/Petitioner

SAINBURG ROBERT ESQ. - Attorney for Deft/Respnt

WESTERN MIXERS INC - Plaintiff/Petitioner

Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Documents Filed** (Filing dates listed in descending order)

**10/24/2012** Declaration (OF DAVID BOLSTAD )
Filed by Attorney for Pltf/Petnr

**10/24/2012** Appl for Attach/Temp Protect Order (EX PARTE )
Filed by Attorney for Pltf/Petnr

**10/24/2012** Opposition Document
Filed by Attorney for Deft/Respnt

**10/24/2012** Declaration (OF LEARNED P. ESPINOSA )
Filed by Attorney for Pltf/Petnr

**10/24/2012** Points and Authorities
Filed by Attorney for Pltf/Petnr

**10/16/2012** Notice-Case Management Conference
Filed by Court Attendant

**10/11/2012** Complaint

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

**10/24/2012** at 08:30 am in Department 85, James C. Chalfant, Presiding
Hrng Rt to Attach Ord/Issue Writ - **Denied**

Case Information | Party Information | Documents Filed | Proceeding Information



500 N. Brand Boulevard
Suite 1850
Glendale, California 91203

*Telephone: (818)551-1112*
*Facsimile: (818)551-0425*

William J. King (1947-2005)
Patrick L. Graves*
Harvey W. Wimer III*
Michael G. Martin*
Robert C. Mizar
Michael D. Sargent

*Of Counsel*
J.E. Holmes, III

Robert D. Ricks
Dennis J. Mahoney
Roxanne Laura Crocket
Szu Pei Lu-Yang
Nicole C. Morgan
Christopher A. McIntire
Learned P. Espinosa
Ashkan Yekrangi

*Office Administrator*
Victor R. Johnson

*A Professional Law Corporation*

*Riverside/San Bernardino*
3610 Fourteenth Street
Second Floor
Riverside, California 92501
*Telephone:* (951)680-0100
*Facsimile:* (951)680-0700

A LIMITED

LIABILITY

PARTNERSHIP

October 30, 2012

Writer's Direct E-Mail Address:
lespinosa@gravesandking.com

***VIA FACSIMILE & FIRST CLASS MAIL***
(818) 550-5008

Robert Sainburg, Esq.
**OFFICE OF ROBERT SAINBURG, ATTORNEYS**
620 N. Brand Boulevard, Suite 405
Glendale, CA 91203

**Re:**   **Western Mixers Inc. v. Robert J. Fischer**
           Case No.:     BC493701

Dear Mr. Sainburg:

Our client would like to dismiss this matter without prejudice for a waiver of cost. Please advise.

Should you have any questions or comments, please do not hesitate to contact me directly.

Very truly yours,

**GRAVES & KING LLP**
*Attorneys at Law*

LEARNED P. ESPINOSA
LPE/kdlg

K:\Wp_Docs\MGM\9411\Correspondence\Def 03.wpd

**54**

DONALD L. WILBER *(IL, GA)*
MARC E. LANE *(IL)*



The
**Wilber Lane Law Firm**

P.O. BOX 2155
816 ELDORADO ROAD, SUITE 7
BLOOMINGTON, IL 61702-2155
PHONE (309) 663-1245
FAX   (309) 663-0972

E-mail: support@wilberlanelaw.com
URL: www.WLLFpayment.com
Tax ID 37-1366227

**Office Hours**
*(Central Standard Time)*
Monday - Wednesday  8 am - 8 pm
Thursday - Friday  8 am - 4:30 pm

October 15, 2012

FILE NUMBER : 487153 - 90
**AMOUNT OF LOSS : $ 50,000.00**
DATE OF INCIDENT : 02-01-10

OUR CLIENT : Liberty Mutual Agency Markets
OUR INSURED : WESTERN MIXERS INC.

Dear ROBERT FISCHER,

My client has informed me that you were at fault for the incident that occurred on the above date. As a result, our client has to compensate its insured for the loss you caused. My client, therefore, became subrogated to the rights of their insured, and they have asked us to help them recover the amount of the loss from you.

If you have insurance, please submit this claim to your carrier immediately. Please also have your insurance carrier contact us as soon as possible. Otherwise, if you do not have insurance, you must contact us directly. We will attempt to resolve this matter with you in an amicable fashion, as long as you show us that you are willing to work with us.

This matter requires your immediate attention.

Sincerely,

*Donald L Wilber*

DONALD L. WILBER
WILBER LANE LAW FIRM

IMPORTANT:
Make check payable to : Liberty Mutual Agency Markets
Mail to : WILBER LANE LAW FIRM

PO BOX 2155
BLOOMINGTON IL 61702-2155
ADDRESS SERVICE REQUESTED

S-HWWILB10  L-252 A-487153
P29S0500300547 I00548

ROBERT FISCHER
4938 VIA ALISTA
LA VERNE CA 91750-2062