# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Frank L. Rudy | CASE NUMBER: |
| :--- | :--- |
| PLAINTIFF(S), | CV10-04655 JHN (PJWx) |
| v. | |
| David Bolstad et al | NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |
| DEFENDANT(S). | |

To:     All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☐ random ☑ direct reassignment.

Accordingly, this case has been reassigned to:
☑ Hon. ___Michael W. Fitzgerald___, U.S. District Judge for all further proceedings.
☐ Hon. _____, Magistrate Judge for:
    ☐ any discovery and/or post-judgment matters that may be referred.
    ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: ___CV10-04655 MWF (PJWx)___. This is very important because documents are routed by the initials.

Clerk U.S. District Court

___11-9-2012___          By: ___Arthur Talaugon___
Date                              Deputy Clerk

Traditionally filed subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

G-74 (03/10)     NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER