REBECCA B. MOCCIARO, SBN 89777
AURORA BASA, SBN 245161
FARMER & RIDLEY LLP
350 S. Grand Avenue, Suite 3150
Los Angeles, California 90071

Telephone: (213) 626-0291
Fax:(213) 833-7812
rmocciaro@f-rlaw.com

Attorney For FRANK L. RUDY as an individual,
and on behalf of Western Mixers, Inc.,
as a Trustee of the Western Mixers, Inc.
Money Purchase Pension Plan
representing the interest of all Plan Participants;
and as a Shareholder of Western Mixers, Inc.; and
FRANK L. RUDY as Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. RUDY, as an individual, and on behalf of Western Mixers, Inc., etc. et al., <br><br> Plaintiff, <br> vs. <br><br> DAVID BOLSTAD, an individual;, ROBERT J. FISCHER, an individual; et al <br><br> Defendants. <br><br> HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br> Petitioner, <br> v. <br><br> FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC; WESTERN MIXERS, INC. MONEY PURCHASE PENSION PLAN, <br> Defendants and Respondents | Case No: CV10-04655 MWF (PJWx) <br> CV10-4655-JHN (PJW) <br> CV11-7220-JHN (PJW) <br><br> **JOINDER BY FRANK RUDY WITH OPPOSITION FILED BY SECRETARY OF LABOR TO MOTION OF DEFENDANT ROBERT J. FISCHER TO SET ASIDE CONSENT JUDGMENT** <br><br> **DATE:** 12/10/2012 <br> **TIME:** 10 a.m. <br> **Courtroom:** 1600 |

FRANK RUDY ("Rudy"), files this joinder with the pleadings and supporting papers filed by HILDA L. SOLIS, Secretary of Labor, United States Department of Labor in opposition to the Motion of Defendant Robert J. Fischer to set aside the consent judgment entered by this Court on or about May 1, 2012.

Rudy will file his own opposition as well.

DATED: November 20, 2012

REBECCA MOCCIARO
AURORA BASA
FARMER & RIDLEY LLP

*/s/ Rebecca Mocciaro*
By Rebecca Mocciaro
Attorneys for Plaintiff and Defendant in DOL Complaint Frank Rudy