Michael G. Martin (Cal. Bar No. 164867)
Dennis J. Mahoney (Cal. Bar No. 124428)
Learned P. Espinosa (Cal. Bar No.256576)
**GRAVES & KING** LLP
*Attorneys at Law*
500 North Brand Boulevard, Suite 1850
Glendale, California 91203-4205
(818) 551-1112
Facsimile (818) 551-0425

Attorneys for the Defendant,
DAVID BOLSTAD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. RUDY, etc., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID BOLSTAD, etc., <br><br> Defendants. | Case No.  CV 10-4655 JHN (PJWx) <br>   CV 10-04655 MWF (PJW) <br>   CV 11-7220-JHN (PJW) <br><br> **JOINDER OF DAVID BOLSTAD TO OPPOSITION FILED BY SECRETARY OF LABOR TO MOTION OF DEFENDANT ROBERT J. FISCHER TO SET ASIDE CONSENT JUDGMENT** <br><br> Date: December 10, 2012 <br> Time: 10:00 a.m. <br> Dept: 1600 |

---

1

JOINDER TO FRANK RUDY'S OPPOSITION

TO PLAINTIFF, DEFENDANTS AND TO ITS ATTORNEY:

Defendant, DAVID BOLSTAD, files this joinder with the pleadings and supporting papers filed by HILDA L. SOLIS, Secretary of Labor, United States Department of Labor in opposition to the Motion of Defendant, ROBERT J. FISCHER, to set aside the consent judgment entered by this Court on or about May 1, 2012.

Dated: November 29, 2012

GRAVES & KING LLP
*Attorneys at Law*

By: /s/ _____
MICHAEL G. MARTIN
DENNIS J. MAHONEY
LEARNED P. ESPIONSA
Attorneys for the Defendant,
DAVID BOLSTAD

K:\Wp_Docs\MGM\9411\FEDERAL CASE\Joinder to Opposition.wpd