1  OFFICE OF ROBERT SAINBURG, Attorneys
   Robert Sainburg [State Bar Number 157707]
2  620 North Brand Boulevard, Suite 405
   Glendale, California  91203-1266
3  Telephone:  (818) 550-5001
   Facsimile: (818) 550-5008
4  Firm e-mail: sainburglaw@sbcglobal.net

5  Attorneys for: Defendant ROBERT J. FISCHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. RUDY, as an individual, and in his individual capacity as a shareholder of Western Mixers, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID BOLSTAD, an individual; ROBERT FISCHER, an individual, <br><br> Defendants. <br>_____ <br> HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK L. RUDY, DAVID H. BOLSTAD, ROBERT J. FISCHER, WESTERN MIXERS, INC., WESTERN MIXERS INC. MONEY PURCHASE PENSION PLAN, <br><br> Defendants. <br>_____ | Case No. 2:10-cv04655JHN-PJWx <br> c/w 2:11-cv-07220-JHN-PJWx <br><br> DEFENDANT ROBERT J. FISHER'S NOTICE OF APPEAL <br><br> Action filed:    June 23, 2010 <br> Trial date:      Post-Judgment <br><br> Judge: Hon. Jacqueline H. Nguyen <br> Ctrm:  790 <br><br> DATE:    December 10, 2012 <br> TIME:    10:00 a.m. <br> PLACE:   Courtroom 790 |

Notice is hereby given that ROBERT J. FISCHER, Defendant in the above named case, hereby appeal to the United States Court of Appeals for the Ninth

---

1

Defendant Robert J. Fisher's Notice of Appeal

1  Circuit from the Order Denying Defendant Fischer's Motion to Set Aside Consent
2  Judgment entered in this action on the 12th day of December 2012.
3      Attached to this Notice of Appeal is Defendant ROBERT J. FISCHER's
4  Representation Statement pursuant to Federal Rules of Appellate Procedure for the
5  Ninth Circuit, Rule 3-2(b).

                              Respectfully,

                              OFFICE OF ROBERT SAINBURG,
                              Attorneys

                                          /s/

Dated: 2/6/13

                     by:   Robert Sainburg, Attorneys for Defendant
                           ROBERT J. FISCHER